IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-cv-2419-MRP

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Mircea A. Tipescu__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Illinois | 11/08/2001 | 6276053 |
|  |  |  |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| N.D. Ill. | 12/20/2001 | 6276053 |
| N.D. Ind. | 11/8/2017 | 6276053 |
| Fed. Cir. | 03/04/2015 | 6276053 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

6-18-24
(Date)

Name of Applicant's Firm: Benesch Friedlander Coplan & Aronoff LLP
Address: 71 South Wacker Drive, Suite 1600, Chicago, IL 60606
Telephone Number: 312.212.4976
Email Address: mtipescu@beneschlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-18-24
(Date)

(Applicant's Signature)

04/20

Mircea Tipescu states where admitted to practice (as of June 18, 2024

| Court: | Admission Date: | Active or Inactive |
|---|---|---|
| E. D. Michigan | 07/09/2001 | Active |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Mircea A. Tipescu to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Noelle B. Torrice         *(signature)*         6/2/14         317928
(Sponsor's Name)     (Sponsor's Signature)     (Admission date)     (Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Benesch Friedlander Coplan & Aronoff LLP

1313 North Market Street, Suite 1201

Wilmington, DE 19801


I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6·19·24          *(signature)*
              (Date)           (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FMC CORPORATION | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| SHARDA USA LLC | : | No.: 24-cv-2419-MRP |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Mircea A. Tipescu**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Filing via the Courts electronic filing CM/ECF system.

_____
(Signature of Attorney)
Noelle B. Torrice
(Name of Attorney)
Sharda USA LLC
(Name of Moving Party)
6·19·24
(Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FMC CORPORATION, | : | Civil Action |
| v. | : | |
| SHARDA USA LLC, | : | No.: 24-cv-2419-MRP |

### ORDER

AND NOW, this _____ day of _____ 20 24, it is hereby

ORDERED that the application of _Mircea A. Tipescu_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____ , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.