# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FMC CORPORATION,

      *Plaintiff*,

  v.

SHARDA USA LLC,

      *Defendant*.

Case No. 24-cv-2419-MRP

---

**DECLARATION OF DAVID A. HUNT, PH.D., IN SUPPORT OF**
**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, David A. Hunt, Ph.D., hereby declare as follows:

**I.  INTRODUCTION**

  1.  My name is David Allen Hunt.  I am Professor Emeritus at the College of New Jersey.  From 2005-2023, I served as a Professor in the Department of Chemistry at the College of New Jersey.  Prior to this, I worked in industry for 26 years (primarily R&D in the pharmaceutical and agrochemical science areas).

  2.  I have been retained by Benesch Friedlander Coplan & Aronoff LLP on behalf of Sharda USA, LLC ("Sharda") as an independent expert to provide my opinions on the subject matter recited in U.S. Patent No. 9,107,416 ("the '416 patent") and U.S. Patent No. 9,596,857 ("the '857 patent") in view of the state of the art at the time those patents were filed and various references that predate those patents, all of which I refer to in this declaration.

  3.  I understand that FMC Corporation ("FMC") has sued Sharda in the district court for the Eastern District of Pennsylvania alleging that Sharda infringes claims 1-3 and 6 of the '857 patent and claims 1, 2, 4-14, and 16 of the '416 patent.  I further understand that FMC has moved

the Court for a temporary restraining order and a preliminary injunction against Sharda with respect to those infringement allegations. I understand that this declaration is being filed in conjunction with Sharda's opposition to FMC's motion.

4.      I make this declaration based upon personal knowledge.  I am over the age of 21 and otherwise competent to make this declaration.

5.      I am being compensated at the rate of $525 per hour for work performed on this matter.  My compensation does not depend on the nature of my findings, the presentation of my findings in testimony, or the outcome of this proceeding.

## II.    QUALIFICATIONS

6.      A copy of my CV, which fully describes my qualifications as an expert in this matter is attached as Exhibit 1 to this declaration. I have set forth particularly relevant qualifications to my testimony in this matter in the paragraphs that follow.

7.      I received my Ph.D. in Organic Chemistry from Duke University in 1979.  Prior to obtaining my Ph.D., I received a M.S. Degree in Organic Chemistry in 1975 from Marshall University, where I also earned a Bachelor's Degree in Chemistry in 1973.

8.      I have nearly 50 years of experience in the areas of organic chemistry, medicinal chemistry, and agrochemistry.  I have worked both in academic and industrial environments. My experience and the positions held in that career are reflected in my CV. Of particular importance in connection with the concepts and positions expressed in this Declaration is my experience, both in the academic world and in the course of my employment at various private corporations, in the identification, synthesis, and evaluation of compounds intended for use as agrochemicals.  From 1991-1999, I served as Senior Group Leader of Insecticide Discovery at American Cyanamid Corporation.  I was responsible for the management and direction of a group of 11 chemists (B.S., M.S., Ph.D.) with regard to biorational design of insecticides, structure-activity correlations,

2

planning of synthesis [traditional, automated (parallel and combinatorial) methods]. I was also involved with patent strategies, evaluating and responding to patent examiner arguments, route scouting, and initial process development studies, direction, and optimization for the selection of development candidates.  Work in the group resulted in one commercial product (*Phantom* insecticide) with multiple compounds placed in the development pipeline (currently with BASF). I have assisted in the evaluation and procurement of new technology from other companies and research institutes.  I coordinated and managed foreign academic and industrial institution project collaborations in Europe and Asia (Germany, China, Japan, India) and served on several Research Division and Cyanamid corporate R&D committees, including service as Chair of the corporate Organic Synthesis Subcommittee (with the Medical Research Division).

9.    From 1984-1988, I served as Senior Research Chemist at PPG Industries in the Biochemicals Synthesis Department.  There I conducted biorational design and synthesis of novel compounds for screening in the development of herbicides and PRG's via molecular modeling and was named an inventor or co-inventor on five U.S. and international patents. I acted as an in-house consultant for various research groups and corporate licensing departments on various projects and served as site coordinator for collaboration on biological chemistry projects with Scripps Institute, LaJolla, CA.

10.    Likewise, while at American Cyanamid from 1989-1999, I served as Senior Group Leader of Insecticide Discovery Chemistry.  While in that position, I also served as head of the route scouting group, supervising scale-up chemistry for advanced testing of insecticides.  There, I was named an inventor or co-inventor on 163 U.S. and international patents. Eleven of these patents focused on the discovery and development of novel pyrethroid mimics.

3

11.     From 2005-2023, I served a Professor of Organic Chemistry at The College of New Jersey, where I taught classes in organic chemistry, medicinal chemistry, and heterocyclic chemistry.  During my tenure at The College of New Jersey, I have published 24 manuscripts with more than 20 student co-authors.

12.     There are numerous publications that address scientific and commercial matters that list me as an author, and I am named as an inventor on more than 30 U.S. and international patents.  These publications and patents are listed in my CV, submitted together with this Declaration.

## III.    SCOPE OF WORK AND SUMMARY OF OPINIONS

13.     I have been asked to consider and provide my opinions on whether claims 1-3 and 6 of the '857 patent and claims 1, 2, 4-14, and 16 of the '416 patent are anticipated in view of certain prior art references.

14.     In forming my opinions, I reviewed the documents cited in this declaration.

15.     My opinions are based upon my education, training, and experience in the field of insecticide chemistry and plant pathology, as well as the documents I considered.

16.     As I discuss below in more detail, it is my opinion that claims 1-3 and 6 of the '857 patent and claims 1, 2, 4-14, and 16 of the '416 patent are anticipated by the publication, McKenzie et al., *Field & Greenhouse Performance of Mustang 1.5 EW and Capture 2EC on Immature and Adult Whitefly*, Proceedings of the Beltway Cotton Conference, Volume 2:810-816 (1996) ("*McKenzie*").

## IV.    LEGAL STANDARDS

17.     My understanding of relevant legal standards, as discussed throughout this declaration, is based on discussions I had with Sharda's counsel.

18.    In this section I describe my understanding of certain legal standards. I have been informed of these legal standards by Sharda's attorneys. I am not an attorney, and I am relying only on instructions from Sharda's attorneys for these legal standards. I have applied these understandings in my analysis as detailed below.

19.    I understand that patent protection may be granted for any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof. I understand that a patent or other publication must first qualify as prior art before it can be used to invalidate a patent claim. I understand that the law provides categories of information that constitute prior art that may be used to anticipate or render obvious patent claims. To be prior art to a particular patent, a reference must have been made, known, used, published, or patented, or described in a patent application by another, before the priority date of the patent at issue. I also understand that a person of ordinary skill in the art ("POSA") is presumed to have knowledge of the relevant prior art as of the priority date. I have reviewed the teachings of the prior art with the understanding of a POSA. I have also reviewed the '416 and '857 patents with this understanding.

20.    I understand that documents and materials that qualify as prior art can be used to render a claim unpatentable as anticipated under 35 U.S.C. Section 102 or as obvious under 35 U.S.C. Section 103.

21.    I understand that the '416 patent issued from an application filed on December 21, 2006. That application claims priority back to a provisional application, No. 60/752,979, filed on December 22, 2005. This is the earliest possible filing date of the patent, and it is the filing date I have considered for my analysis.

22.    I understand that the '857 patent issued from an application filed on May 19, 2015, as a continuation of the application that issued as the '416 patent. The '857 patent also claims

priority back to provisional application No. 60/752,979, filed on December 22, 2005. As such, that is the filing date I have considered for my analysis of the '857 patent claims as well.

23. I have been informed by counsel for Sharda that McKenzie qualifies as prior art under 35 U.S.C. Section 102(b) (pre-AIA) because it is a printed publication that was published more than one year before the earliest priority date of the '857 and '416 patents.

24. I understand that the first step in comparing prior art to patent claims is to properly construe the claims to determine claim scope and meaning. I understand that in district court litigation, claim terms are given their plain and ordinary meaning, as understood by a POSA in the context of the entire disclosure of the specification, as well as in view of statements made during the prosecution of the patent. I also understand that an inventor may act as his own lexicographer and define terms in the patent.

25. I understand that, once the claims of a patent have been properly construed, the second step in determining anticipation of a patent claim requires a comparison of the properly construed claim language to the prior art on a limitation-by-limitation basis.

26. I understand that a prior art reference "anticipates" a claim, and thus renders the claim unpatentable, if all elements of the claim are disclosed in that prior art reference, either explicitly or inherently (i.e., necessarily present or implied).

27. I am told that the concept of anticipation requires that each and every element of a challenged claim is present in a single reference. I also understand that an anticipatory reference does not need to explicitly describe each element because anticipation can occur when a claimed limitation is necessarily inherent or otherwise implicit in the reference.

28. I understand that a person of ordinary skill in the art provides a reference point from which the prior art and claimed invention should be viewed.

## V.    THE LEVEL OF SKILL IN THE ART

29.    With respect to the level of ordinary skill in the art at the relevant times applicable to the subject patents, I understand that factors such as the education level of those working in the field, the sophistication of the technology, the types of problems encountered in the art, the prior art solutions to those problems, and the speed at which innovations are made may help establish the level of skill in the art. One with ordinary skill has the ability to understand the technology and make modest adaptations or advances. A POSA is also a person of ordinary creativity, not an automaton.

30.    In my opinion, a POSA at the time of the alleged invention described in the subject patents would have had at least a Bachelor's degree (or the equivalent) in biochemistry or chemistry with several years' experience in agrochemistry, or alternatively, an advanced degree (Masters or Ph.D.) in biochemistry or organic chemistry with emphasis in these same areas. This person may also work in collaboration with other scientists and/or clinicians who have experience in insecticide, or related disciplines. A person of ordinary skill in the art relevant to the '416 and '857 patents would easily have understood the prior art references referred to herein and would have had the capacity to draw inferences from them.

31.    In determining the qualifications of a POSA, I considered, among other factors, the field of the alleged invention and use thereof described in the subject patents, and my experience with the educational level of practitioners in the fields of insecticide research and development. In addition, my opinion is based upon my background, education, and personal experience devoted to the field of chemical synthesis and insecticide research and development. I consider myself to be an expert in the art of the subject patents at the time of the alleged inventions claimed therein.

7

## VI.    THE ASSERTED CLAIMS OF THE '857 PATENT ARE INVALID AS ANTICIPATED

32.    The '857 patent is directed to insecticidal compositions comprising bifenthrin and a cyano-pyrethroid. (Ex. B, '857 patent at Abstract.) A particular cyano-pyrethroid discussed in the '857 patent is zeta-cypermethrin. (*Id.* at 3:40-53.) The '857 patent discloses that the ratio of bifenthrin to cyano-pyrethroid from 1/99 to 99/1, preferably from 1/4 to 4/1 and more preferably from 1/3 to 3/1. (*Id.* at 3:54-57.)

33.    FMC has asserted claims 1-3 and 6 of the '857 patent against Sharda. Claim 1 is an independent claim, while claims 2, 3, and 6 are dependent claims and depend directly or indirectly from claim 1.

### A.    <u>Claim 1</u>

34.    Claim 1 of the '857 patent reads as follows:

> An insecticidal composition comprising bifenthrin and a cyano-pyrethroid selected from the group consisting of acrinathrin, cycloprothrin, deltamethrin, tralomethrin, fenvalerate, cyfluthrin, beta-cyfluthrin, flucythrinate, alpha-cypermethrin, beta-cypermethrin, theta-cypermethrin, zeta-cypermethrin, cyphenothrin, cyhalothrin, lambda-cyhalothrin, esfenvalerate, fluvalinate and fenpropathrin, wherein the composition has a ratio of bifenthrin:cyano-pyrethroid of from about 10:1 to about 1:100.

35.    Breaking the claim down into its elements, claim 1 of the '857 patent has four distinct elements:

> 1)  An insecticidal composition comprising
>
> 2)  bifenthrin and
>
> 3)  a cyano-pyrethroid selected from the group consisting of acrinathrin, cycloprothrin, deltamethrin, tralomethrin, fenvalerate, cyfluthrin, beta-cyfluthrin, flucythrinate, alpha-cypermethrin, beta-cypermethrin, theta-cypermethrin, zeta-cypermethrin, cyphenothrin, cyhalothrin, lambda-cyhalothrin, esfenvalerate, fluvalinate and fenpropathrin

4) wherein the composition has a ratio of bifenthrin:cyano-pyrethroid of from about 10:1 to about 1:100.

36. Based on my review of the prior art, each of these claim elements is present in the McKenzie reference because it discloses an insecticidal composition that includes bifenthrin and zeta-cypermethrin in a ratio that falls within the claimed ratio of from about 10:1 to about 1:100.

### 1)    *An insecticidal composition comprising*

37. McKenzie discloses insecticidal compositions. For example, McKenzie states that "small plot field trials were conducted in 1994 to evaluate season long control of whitefly with competitive pyrethroid combinations and in 1995 to compare the efficacy of rotating nonpyrethroid and pyrethroid insecticide combinations with continuous pyrethroid insecticide treatment regimes." (Ex. C, McKenzie at Abstract.)

38. As I explain in more detail below, the insecticidal compositions disclosed in McKenzie include a composition comprising the insecticide Mustang and the insecticide/miticide Capture. The formulations of Mustang and Capture described by McKenzie are Mustang 1.5 EW and Capture 2 EC, which is confirmed by the title of McKenzie - *Field & Greenhouse Performance of Mustang 1.5 EW and Capture 2EC on Immature and Adult Whitefly*.

### 2)    *bifenthrin*

39. McKenzie discloses an insecticide composition comprising bifenthrin. Specifically, in Tables 8-10, McKenzie discloses an insecticide composition that includes Orthene insecticide, Capture insecticide/miticide, and Mustang insecticide.

Table 8. Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8. (cont'd).

| Treatment | Rate lb (AI)/ac | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X |
|---|---|---|---|---|---|
| | | 22 Aug | 30 Aug | 7 Sept | (% Ctrl) |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id.*, Tables 9 and 10 on pages 815-817.)

    40.    The active ingredient in Capture is bifenthrin. A person of skill in the art would have understood that the composition comprising Orthene, Mustang and Capture, as disclosed in McKenzie, includes bifenthrin and that bifenthrin is necessarily present in this composition.



(Ex. D at 1; *see also* Ex. F, 1997 Capture Label at 1; Ex. G, 2005 Capture Label at 2.)

> **3)** *a cyano-pyrethroid selected from the group consisting of acrinathrin, cycloprothrin, deltamethrin, tralomethrin, fenvalerate, cyfluthrin, beta-cyfluthrin, flucythrinate, alpha-cypermethrin, beta-cypermethrin, theta-cypermethrin, zeta-cypermethrin, cyphenothrin, cyhalothrin, lambda-cyhalothrin, esfenvalerate, fluvalinate and fenpropathrin*

41.    McKenzie discloses insecticide compositions that in addition to bifenthrin, also comprise a cyano-pyrethroid selected from the group listed in claim 1, specifically zeta-cypermethrin.  Specifically, in Tables 8-10, McKenzie discloses a composition that includes the insecticides Orthene, Capture, and Mustang.

Table 8. Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (26.0) | 60.6 b (79.9) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8.  (cont'd).

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | | Season X |
|---|---|---|---|---|---|
| | | 22 Aug | 30 Aug | 7 Sept | (% Ctrl) |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id.*, Tables 9 and 10 on pages 815-817.)

42.    The active ingredient in Mustang is S-Cyano (3-phenoxyphenyl)methyl (±) cis/trans 3-(2,2-dichloroethenyl)-2,2 dimethylcyclopropane carboxylate, *i.e.,* zeta-cypermethrin. *See* https://pubchem.ncbi.nlm.nih.gov/compound/12617362. A person of skill in the art would have understood that in addition to bifenthrin, the composition comprising Orthene, Mustang and

Capture, as disclosed in McKenzie, also includes zeta-cypermethrin and that zeta-cypermethrin is also necessarily present in this composition.



(Ex. E at 4.)

43.    The '857 patent defines zeta-cypermethrin as "(R,S)-α-cyano-3-phenoxybenzyl-(lRS)-cis-trans-3-(2,2-dichlorovinyl)-2,2-dimethylcyclopropanecarboxylate  which  has  been enriched in the l R-cis-S and l R-trans-S isomers." (Ex. B, '857 patent at 3:18-21.)

44.    A POSA would have understood that S-Cyano (3-phenoxyphenyl)methyl (±) cis/trans 3-(2,2-dichloroethenyl)-2,2 dimethylcyclopropane carboxylate as listed on the Mustang label is the naming convention for zeta-cypermethrin under the CAS naming system.  Thus, a

POSA would have understood that the active ingredient in Mustang was zeta-cypermethrin as defined in the '857 patent.

45.    A POSA would have also understood that the active ingredient in the Mustang insecticide was zeta-cypermethrin from contemporary literature.  For example, a May 1998 report from the USDA of agricultural chemical usage in 1997 contains a table that lists the active ingredient of the Mustang insecticide as zeta-cypermethrin.  (Ex. H, May 1998 USDA Report at 95.)

46.    Therefore, McKenzie discloses this limitation of claim 1.

> ***4)    wherein the composition has a ratio of bifenthrin:cyano-pyrethroid of from about 10:1 to about 1:100.***

47.    As part of the study described in McKenzie, various insecticide compositions were applied to small plot fields seeded with cotton plants. (Ex. C at 811.) The "insecticide treatments consisted of nonpyrethroid combinations rotated with pyrethroid combinations or ***continuous applications of two [or] more tankmix partners***." (*Id.* (emphasis added.)) Among the continuous applications of two or more tankmix partners is a composition that includes Capture and Mustang, as highlighted below:

Table 8. Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8. (cont'd).

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | | Season X (% Ctrl) |
|---|---|---|---|---|---|
| | | 22 Aug | 30 Aug | 7 Sept | |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (92.9) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id* at 815-817, Tables 9 and 10.)

48. As used in this chart, "AI" stands for active ingredient and "ac" stands for acre. (AI)/ac denotes the amount of active ingredient that is disbursed per acre. When two or more active ingredients are used in a tankmix composition, the ratio of active ingredients can be compared by dividing the (AI)/ac ratio for one active ingredient by the other.

49. The composition disclosed above uses Capture and Mustang at a ratio of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45.

50. Thus, *McKenzie* discloses an insecticidal composition comprising bifenthrin (i.e., Capture) and zeta-cypermethrin (i.e., Mustang), wherein the composition has a ratio of bifenthrin to zeta-cypermethrin is from about 10:1 to about 1:100 (i.e., 1:1.45). Therefore, *McKenzie* anticipates claim 1 of the '857 patent because it discloses each limitation of the claim.

**B.    Claim 2**

51. Claim 2 of the '857 patent recites: "The insecticidal composition of claim 1 further comprising in admixture at least one agriculturally acceptable extender or adjuvant."

52.    As explained above, McKenzie discloses compositions comprising Mustang and Capture that meet each element of claim 1.  Because McKenzie uses the trade names Mustang and Capture, rather than just referring to the active ingredients, a POSA would have understood that Mustang and Capture were commercially available, formulated products that necessarily contained at least one agriculturally acceptable adjuvant.  Therefore, McKenzie discloses the additional limitation of claim 2, and claim 2 is anticipated.

### C.    <u>Claim 3</u>

53.    Claim 3 of the '857 patent depends from claim 2 and adds the additional limitation "wherein the cyano-pyrethroid is at least one selected from the group consisting of: deltamethrin; cyfluthrin; alpha-cypermethrin; zeta-cypermethrin; lambda-cyhalothrin; and esfenvalerate."

54.    As discussed above, McKenzie discloses compositions comprising Mustang, the active ingredient of which is zeta-cypermethrin.  *See supra* ¶¶ 41-46. Therefore, McKenzie anticipates claim 3.

### D.    <u>Claim 6</u>

55.    Claim 6 of the '857 recites: "A method for controlling unwanted insects comprising the step of applying a composition of claim 1 to a locus where insects are present or are expected to be present."

56.    McKenzie teaches applying its compositions to a locus where insects are present or expected to be present. For purposes of the study, McKenzie discloses that "[c]otton, var. 'DP 5415', was direct seeded at the University of Arizona, Yuma Valley Agricultural Center, Yuma, AZ…."  (Ex. C at 811.)  McKenzie further explains that "[i]nsecticide treatments were applied using a Massey Ferguson 135 tractor with a rear mounted 2 row spray boom equipped with 3 TX18

15

hollow cone nozzles per row, one nozzle on each side and one nozzle directly over the row." (*Id.*) The tractor was "calibrated to deliver 20 gallons per acre at 40 psi." (*Id.*)

57.    The "[i]nsecticide treatments consisted of…continuous applications of two are [sic] more tankmix partners." (*Id.*)  Among those insecticide treatments was a composition containing Mustang and Capture, i.e., a composition of claim 1.

58.    McKenzie further discloses that "[i]mmature whitefly were samples from 10 mainstem node leaves on randomly selected plants from the 5th position below the terminal of the plant…." (*Id.*) Likewise, McKenzie explains that "[a]dult whitefly were sampled from each plot…using the leaf turn method." (*Id.*)

59.    As such, McKenzie discloses each element of claim 6.

## VII.    THE ASSERTED CLAIMS OF THE '416 PATENT ARE INVALID AS ANTICIPATED

60.    The '857 patent is a continuation of the application that issued as the '416 patent. As such, the '416 patent has the same specification as the '857 patent.  My description of the specification of the '857 patent is incorporated by reference herein.  *See supra* ¶ 32.

61.    FMC has asserted claims 1, 2, 4-14, and 16 of the '416 patent against Sharda. Claims 1, 5, and 11 are independent claims.  Claims 2, 4, and 6-8 are dependent claims which depend directly or indirectly from claim 1.  Claims 9-10 are dependent claims which depend directly or indirectly from claim 5.  Claims 12-14 and 16 are dependent claims which depend directly or indirectly from claim 11.

### A.    <u>Claim 1</u>

62.    Claim 1 of the '416 patent reads as follows: A miticidal composition comprising bifenthrin and a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin,

16

alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate, wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30.

63.    Breaking the claim down into its elements, claim 1 of the '416 patent has four distinct elements:

    1)  An miticidal composition comprising

    2)  bifenthrin and

    3)  a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin, alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate

    4)  wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30.

64.    Based on my review of the prior art, each of these elements is present in the McKenzie reference.

### 1)    *An miticidal composition comprising*

65.    McKenzie discloses miticidal compositions. Specifically, McKenzie discloses compositions comprising Capture, which is a miticide.

Table 8. Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | (AI)/ac | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (26.0) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8. (cont'd).

| Treatment | Rate lb | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X |
|---|---|---|---|---|---|
| | (AI)/ac | 22 Aug | 30 Aug | 7 Sept | (% Ctrl) |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id* at 815-817, Tables 9 and 10.)



(Ex. D at 1.)

### 2) *bifenthrin*

66.    McKenzie discloses a miticidal composition comprising bifenthrin.  Specifically, in Tables 8-10, McKenzie discloses a composition that includes Orthene insecticide, Capture insecticide/miticide, and Mustang insecticide.

Table 8.  Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (79.9) | 49.2 b | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8.  (cont'd).

| Treatment | Rate lb (AI)/ac | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X |
|---|---|---|---|---|---|
| | | 22 Aug | 30 Aug | 7 Sept | (% Ctrl) |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id.*, Tables 9 and 10 on pages 815-817.)

67.    The active ingredient in Capture is bifenthrin. A person of skill in the art would have understood that the composition comprising Orthene, Mustang and Capture, as disclosed in McKenzie, includes bifenthrin and that bifenthrin is necessarily present in this composition.

19



**2 EC**
**Insecticide/Miticide**

EPA Reg. No. 279-3069          EPA Est. 279-

| Active Ingredient: | By Wt. |
|---|---|
| Bifenthrin: (2 methyl[1,1'-biphenyl]-3-yl) meth·l 3-(2-chloro-3,3,3-trifluoro-1-propenyl)-2,2-dimethyl-cyclopropanecarboxylate· ............ | 25.1% |
| Inert Ingredients:** ............................................... | 74.9% |
|  | 100.0% |

(Ex. D at 1; *see also* Ex. F at 1; Ex. G at 2.)

> **3)**    ***a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin, alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate***

68.    McKenzie discloses miticide compositions that in addition to bifenthrin, also comprise a cyano-pyrethroid selected from the group listed in claim 1, specifically zeta-cypermethrin.  Specifically, in Tables 8-10, McKenzie discloses a composition that includes Orthene, Capture, and Mustang.

Table 8. Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X (% Ctrl) |
|---|---|---|---|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug | 22 Aug | 30 Aug | 7 Sept | |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id.*, Tables 9 and 10 on pages 815-817.)

69.    The active ingredient in Mustang is S-Cyano (3-phenoxyphenyl)methyl (±) cis/trans 3-(2,2-dichloroethenyl)-2,2 dimethylcyclopropane carboxylate, *i.e.,* zeta-cypermethrin. A person of skill in the art would have understood that in addition to bifenthrin, the composition comprising Orthene, Mustang and Capture, as disclosed in McKenzie, also includes zeta-cypermethrin and that zeta-cypermethrin is also necessarily present in this composition.



(Ex. E at 4.)

70.    The '416 patent defines zeta-cypermethrin as "(R,S)-α-cyano-3-phenoxybenzyl-(lRS)-cis-trans-3-(2,2-dichlorovinyl)-2,2-dimethylcyclopropanecarboxylate which has been enriched in the l R-cis-S and l R-trans-S isomers." (Ex. I, '416 patent at 3:16-19.)

71.    A POSA would have understood that S-Cyano (3-phenoxyphenyl)methyl (±) cis/trans 3-(2,2-dichloroethenyl)-2,2 dimethylcyclopropane carboxylate as listed on the Mustang label is the naming convention for zeta-cypermethrin under the CAS naming system.  Thus, a POSA would have understood that the active ingredient in Mustang was zeta-cypermethrin as defined in the '416 patent.

72.    A POSA would have also understood that the active ingredient in the Mustang insecticide was zeta-cypermethrin from contemporary literature.  For example, a May 1998 report from the USDA of agricultural chemical usage in 1997 contains a table that lists the active ingredient of the Mustang insecticide as zeta-cypermethrin.  (Ex. H at 95.)

73.    Therefore, McKenzie discloses this limitation of claim 1.

**4)    *wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30.***

74.    As part of the study described in McKenzie, various compositions were applied to small plot fields seeded with cotton plants. (Ex. C at 811.) The "insecticide treatments consisted of nonpyrethroid combinations rotated with pyrethroid combinations or ***continuous applications of two [or] more tankmix partners***." (*Id.* (emphasis added.)) Among the continuous applications of two or more tankmix partners is a composition that includes Capture and Mustang, as highlighted below:

Table 8.  Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8.  (cont'd).

| Treatment | Rate lb (AI)/ac | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X |
|---|---|---|---|---|---|
| | | 22 Aug | 30 Aug | 7 Sept | (% Ctrl) |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id* at 815-817, Tables 9 and 10.)

75.    The composition disclosed above uses Capture and Mustang at a ratio of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45.

76.    Thus, *McKenzie* discloses an insecticidal composition comprising bifenthrin (i.e., Capture) and zeta-cypermethrin (i.e., Mustang), wherein the composition has a ratio of bifenthrin

to zeta-cypermethrin is from 10:1 to 1:30 (i.e., 1:1.45). Therefore, *McKenzie* anticipates claim 1 of the '416 patent because it discloses each limitation of the claim.

**B.    Claim 2**

77.    Claim 2 of the '416 patent depends from claim 1 and adds the additional limitation "wherein the cyano-pyrethroid is zeta-cypermethrin."

78.    As discussed above, McKenzie discloses compositions comprising Mustang, the active ingredient of which is zeta-cypermethrin.  *See supra* ¶¶ 68-73. Therefore, McKenzie anticipates claim 2.

**C.    Claim 4**

79.    Claim 4 of the '416 patent recites: "The composition of claim 1 further comprising an agriculturally acceptable extender or adjuvant."

80.    As explained above, McKenzie discloses compositions comprising Mustang and Capture that meet each element of claim 1.  Because McKenzie uses the trade names Mustang and Capture, rather than just referring to the active ingredients, a POSA would have understood that Mustang and Capture were commercially available, formulated products that necessarily contained at least one agriculturally acceptable adjuvant.   Therefore, McKenzie discloses the additional limitation of claim 4, and claim 4 is anticipated.

**D.    Claim 5**

81.    Claim 5 of the '416 patent recites: "A method for controlling unwanted insects or mites comprising applying a composition comprising bifenthrin and a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin, alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate, wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30 to the foliar portion of a plant."

82.     Breaking the claim down into its elements, claim 5 of the '416 patent has five distinct elements:

1) A method for controlling unwanted insects or mites comprising applying a composition comprising

2) bifenthrin and

3) a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin, alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate,

4) wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30

5) to the foliar portion of a plant.

83.     Based on my review of the prior art, each of these elements is present in the McKenzie reference.

### 1)      A method for controlling unwanted insects or mites comprising applying a composition comprising

84.     McKenzie teaches a method for controlling unwanted insects or mites comprising applying its compositions.

85.     For purposes of the study, McKenzie discloses that "[c]otton, var. 'DP 5415', was direct seeded at the University of Arizona, Yuma Valley Agricultural Center, Yuma, AZ…."  (Ex. C at 811.)  McKenzie further explains that "[i]nsecticide treatments were applied using a Massey Ferguson 135 tractor with a rear mounted 2 row spray boom equipped with 3 TX18 hollow cone nozzles per row, one nozzle on each side and one nozzle directly over the row." (*Id.*)  The tractor was "calibrated to deliver 20 gallons per acre at 40 psi." (*Id.*)

86.     The "[i]nsecticide treatments consisted of…continuous applications of two are [sic] more tankmix partners." (*Id.*)  Among those insecticide treatments was a composition containing Mustang and Capture, i.e., a composition of claim 1.

87.    McKenzie further discloses that "[i]mmature whitefly were samples from 10 mainstem node leaves on randomly selected plants from the 5th position below the terminal of the plant…." (*Id.*) Likewise, McKenzie explains that "[a]dult whitefly were sampled from each plot…using the leaf turn method." (*Id.*)

88.    Therefore, McKenzie teaches this element.

### 2)    *bifenthrin*

89.    McKenzie discloses composition comprising bifenthrin.  Specifically, in Tables 8-10, McKenzie discloses a composition that includes the Orthene insecticide, Capture insecticide/miticide and the Mustang insecticide.

Table 8.  Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8.  (cont'd).

| Treatment | Rate lb (AI)/ac | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X (% Ctrl) |
|---|---|---|---|---|---|
| | | 22 Aug | 30 Aug | 7 Sept | |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id.*, Tables 9 and 10 on pages 815-817.)

90.    The active ingredient in Capture is bifenthrin. A person of skill in the art would have understood that the composition comprising Orthene, Mustang and Capture, as disclosed in McKenzie, includes bifenthrin and that bifenthrin is necessarily present in this composition.

26



(Ex. D at 1; *see also* Ex. F at 1; Ex. G at 2.)

> **3)      a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin, alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate,**

91.     McKenzie discloses compositions that in addition to bifenthrin, also comprise a cyano-pyrethroid selected from the group listed in claim 1, specifically zeta-cypermethrin. Specifically, in Tables 8-10, McKenzie discloses an insecticidal composition that includes insecticides Orthene, Capture, and Mustang.

Table 8. Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X̄ (% Ctrl) |
|---|---|---|---|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug | 22 Aug | 30 Aug | 7 Sept | |
| Thiodan + Ovasyn[a] / Mustang + Orthene | 0.75 + 0.25 / 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] / Capture + Vydate | 0.75 + 0.75 / 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] / Mustang + Curacron | 0.75 + 0.50 / 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] / Mustang + Monitor | 0.75 + 0.25 / 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] / Mustang + Ovasyn | 0.75 + 0.50 / 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id.*, Tables 9 and 10 on pages 815-817.)

92.    The active ingredient in Mustang is S-Cyano (3-phenoxyphenyl)methyl (±) cis/trans 3-(2,2-dichloroethenyl)-2,2 dimethylcyclopropane carboxylate, *i.e.,* zeta-cypermethrin. A person of skill in the art would have understood that in addition to bifenthrin, the composition comprising Orthene, Mustang and Capture, as disclosed in McKenzie, also includes zeta-cypermethrin and that zeta-cypermethrin is also necessarily present in this composition.



(Ex. E at 4.)

93.    As discussed above, a POSA would have understood that S-Cyano (3-phenoxyphenyl)methyl (±) cis/trans 3-(2,2-dichloroethenyl)-2,2 dimethylcyclopropane carboxylate as listed on the Mustang label is zeta-cypermethrin as defined in the '416 patent. *See supra* at ¶¶ 68-73.

94.    Therefore, McKenzie discloses this limitation of claim 5.

> ### *4)    wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30*

95.    As part of the study described in McKenzie, various compositions were applied to small plot fields seeded with cotton plants. (Ex. C at 811.) The "insecticide treatments consisted of nonpyrethroid combinations rotated with pyrethroid combinations or ***continuous applications of two [or] more tankmix partners***." (*Id.* (emphasis added.)) Among the continuous applications

of two or more tankmix partners is a composition that includes Capture and Mustang, as highlighted below:

Table 8. Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995. / Table 8. (cont'd).

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X (% Ctrl) |
|---|---|---|---|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug | 22 Aug | 30 Aug | 7 Sept | |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) | 50.9 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id* at 815-817, Tables 9 and 10.)

96. The composition disclosed above uses Capture and Mustang at a ratio of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45, which is within the claimed ratio of 10:1 to 1:30.

### 5) *to the foliar portion of a plant.*

97. McKenzie teaches applying its compositions to the foliar portion of a plant. For example, McKenzie discloses that "insecticide treatments were applied with a spray bottle until the cotton leaves were thoroughly covered and began to drip." (Ex. C at 810.)

98. McKenzie further explains that "[i]nsecticide treatments were applied using a Massey Ferguson 135 tractor with a rear mounted 2 row spray boom equipped with 3 TX18 hollow cone nozzles per row, one nozzle on each side and one nozzle directly over the row." (*Id.*) The tractor was "calibrated to deliver 20 gallons per acre at 40 psi." (*Id.*)

99.     Therefore, McKenzie teaches each of the elements of claim 5.

**E.     <u>Claim 6</u>**

100.    Claim 6 of the '416 patent depends from claim 1 and narrows the weight ratio of bifenthrin to cyano-pyrethroid to "from 4:1 and 1:4."

101.    As discussed above, McKenzie discloses compositions comprising Capture (bifenthrin) and Mustang (zeta-cypermethrin) at a ratio of active ingredients of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45, which is within the claimed ratio of 4:1 to 1:4.

102.    Therefore, McKenzie anticipates claim 6.

**F.     <u>Claim 7</u>**

103.    Claim 7 of the '416 patent depends from claim 1 and narrows the weight ratio of bifenthrin to cyano-pyrethroid to "from 3:1 and 1:3."

104.    As discussed above, McKenzie discloses compositions comprising Capture (bifenthrin) and Mustang (zeta-cypermethrin) at a ratio of active ingredients of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45, which is within the claimed ratio of 3:1 to 1:3.

105.    Therefore, McKenzie anticipates claim 7.

**G.     <u>Claim 8</u>**

106.    Claim 8 of the '416 patent depends from claims 1 and 6 and adds the additional limitation "wherein the cyano-pyrethroid is zeta-cypermethrin."

107.    As discussed above, McKenzie discloses compositions comprising Mustang, the active ingredient of which is zeta-cypermethrin.  *See supra* ¶¶ 68-73. Therefore, McKenzie anticipates claim 8.

**H.**    **Claim 9**

108.    Claim 9 of the '416 patent depends from claim 5 and narrows the weight ratio of bifenthrin to cyano-pyrethroid to "from 4:1 and 1:4."

109.    As discussed above, McKenzie discloses compositions comprising Capture (bifenthrin) and Mustang (zeta-cypermethrin) at a ratio of active ingredients of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45, which is within the claimed ratio of 4:1 to 1:4.

110.    Therefore, McKenzie anticipates claim 9.

**I.**    **Claim 10**

111.    Claim 10 of the '416 patent depends from claims 5 and 9 and adds the additional limitation "wherein the cyano-pyrethroid is zeta-cypermethrin."

112.    As discussed above, McKenzie discloses compositions comprising Mustang, the active ingredient of which is zeta-cypermethrin.  *See supra* ¶¶ 68-73. Therefore, McKenzie anticipates claim 10.

**J.**    **Claim 11**

113.    Claim 11 of the '416 patent recites: "A foliar insecticidal or miticidal composition comprising bifenthrin and a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin, alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate, wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30."

114.    Breaking the claim down into its elements, claim 11 of the '416 patent has four distinct elements:

    1)  A foliar insecticidal or miticidal composition comprising

    2)  bifenthrin and

3) a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin, alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate,

4) wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30.

115.    Based on my review of the prior art, each of these elements is present in the McKenzie reference.

### 1)    *A foliar insecticidal or miticidal composition comprising*

116.    McKenzie discloses insecticidal compositions.  For example, McKenzie states that "small plot field trials were conducted in 1994 to evaluate season long control of whitefly with competitive pyrethroid combinations and in 1995 to compare the efficacy of rotating nonpyrethroid and pyrethroid insecticide combinations with continuous pyrethroid insecticide treatment regimes." (Ex. C at Abstract.)

117.    McKenzie teaches applying its compositions to the foliar portion of a plant. For example, McKenzie discloses that "insecticide treatments were applied with a spray bottle until the cotton leaves were thoroughly covered and began to drip."  (*Id.* at 810.)

118.    McKenzie further explains that "[i]nsecticide treatments were applied using a Massey Ferguson 135 tractor with a rear mounted 2 row spray boom equipped with 3 TX18 hollow cone nozzles per row, one nozzle on each side and one nozzle directly over the row." (*Id.*)  The tractor was "calibrated to deliver 20 gallons per acre at 40 psi." (*Id.*)

119.    Therefore, McKenzie teaches this element.

### 2)    *bifenthrin*

120.    McKenzie discloses an insecticidal composition comprising bifenthrin. Specifically, in Tables 8-10, McKenzie discloses a composition that includes the Orthene insecticide, the Capture insecticide/miticide, and the Mustang insecticide.

33

Table 8. Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | (AI)/ac | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8. (cont'd).

| Treatment | Rate lb | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X |
|---|---|---|---|---|---|
| | (AI)/ac | 22 Aug | 30 Aug | 7 Sept | (% Ctrl) |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (95.6) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id.*, Tables 9 and 10 on pages 815-817.)

121.    The active ingredient in Capture is bifenthrin. A person of skill in the art would have understood that the composition comprising Orthene, Mustang and Capture, as disclosed in McKenzie, includes bifenthrin and that bifenthrin is necessarily present in this composition.



**Capture.**

## 2 EC
### Insecticide/Miticide

**EPA Reg. No. 279-3069**      **EPA Est. 279-**

| | By Wt. |
|---|---|
| **Active Ingredient:** | |
| Bifenthrin: (2 methyl[1,1'-biphenyl-3-yl) meth¹ 3-(2-chloro-3,3,3-trifluoro-1-propenyl)-2,2-dimethyl-cyclopropanecarboxylate* | 25.1% |
| **Inert Ingredients:**.............................................. | 74.9% |
| | 100.0% |

(Ex. D at 1; *see also* Ex. F at 1; Ex. G at 2.)

>    3)    *a cyano-pyrethroid selected from the group consisting of deltamethrin, cyfluthrin, alpha-cypermethrin, zeta-cypermethrin, lambda-cyhalothrin, and esfenvalerate,*

122.    McKenzie discloses insecticidal compositions that in addition to bifenthrin, also comprise a cyano-pyrethroid selected from the group listed in claim 1, specifically zeta-cypermethrin.  Specifically, in Tables 8-10, McKenzie discloses the insecticidal composition that includes the insecticides Orthene, Capture, and Mustang.

Table 8.  Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | # WF eggs / 10 cm² leaf disc (% Control) | | |
|---|---|---|---|---|
| | | 18 July | 7 Aug | 16 Aug |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a |

Table 8.  (cont'd).

| Treatment | Rate lb (AI)/ac | # of WF eggs / 10 cm² leaf disc (% Control) | | | Season X |
|---|---|---|---|---|---|
| | | 22 Aug | 30 Aug | 7 Sept | (% Ctrl) |
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id.*, Tables 9 and 10 on pages 815-817.)

123.    The active ingredient in Mustang is S-Cyano (3-phenoxyphenyl)methyl (±) cis/trans 3-(2,2-dichloroethenyl)-2,2 dimethylcyclopropane carboxylate, *i.e.,* zeta-cypermethrin. A person of skill in the art would have understood that in addition to bifenthrin, the composition comprising Orthene, Mustang and Capture, as disclosed in McKenzie, also includes zeta-cypermethrin and that zeta-cypermethrin is also necessarily present in this composition.



(Ex. E at 4.)

124.    As discussed above, a POSA would have understood that S-Cyano (3-phenoxyphenyl)methyl (±) cis/trans 3-(2,2-dichloroethenyl)-2,2 dimethylcyclopropane carboxylate as listed on the Mustang label is zeta-cypermethrin as defined in the '416 patent. *See supra* at ¶¶ 68-73.

125.    Therefore, McKenzie discloses this limitation of claim 11.

> *4)    wherein the weight ratio of bifenthrin to cyano-pyrethroid is from 10:1 to 1:30.*

126.    As part of the study described in McKenzie, various compositions were applied to small plot fields seeded with cotton plants. (Ex. C at 811.) The "insecticide treatments consisted of nonpyrethroid combinations rotated with pyrethroid combinations or ***continuous applications of two [or] more tankmix partners***." (*Id.* (emphasis added.)) Among the continuous applications of two or more tankmix partners is a composition that includes Capture and Mustang, as highlighted below:

Table 8.  Efficacy of insecticide treatments for control of whitefly eggs on cotton, 1995.

| Treatment | Rate lb (AI)/ac | 18 July | 7 Aug | 16 Aug | 22 Aug | 30 Aug | 7 Sept | Season X (% Cntrl) |
|---|---|---|---|---|---|---|---|---|
| Thiodan + Ovasyn[a] Mustang + Orthene | 0.75 + 0.25 0.045 + 0.50 | 70.6 ab (24.3) | 108.8 b (55.6) | 238.4 b (66.5) | 5.0 b (93.8) | 50.4 b (86.7) | 29.2 b (91.3) | 93.7 (70) |
| Thiodan + Curacron[a] Capture + Vydate | 0.75 + 0.75 0.08 + 0.50 | 76.4 ab (18.0) | 119.0 ab (51.4) | 252.0 b (64.6) | 131.6 b (87.4) | 71.8 b (81.1) | 37.2 b (88.9) | 114.7 (65) |
| Thiodan + Vydate[a] Mustang + Curacron | 0.75 + 0.50 0.045 + 0.50 | 48.8 b (47.6) | 63.6 b (74.0) | 168.2 b (76.4) | 95.0 b (90.9) | 60.0 b (84.2) | 70.4 b (79.1) | 84.3 (75) |
| Thiodan + Ovasyn[a] Mustang + Monitor | 0.75 + 0.25 0.045 + 0.50 | 95.6 a (2.6) | 124.0 ab (49.4) | 277.0 b (61.1) | 127.6 b (87.8) | 64.0 b (83.1) | 55.8 b (83.4) | 124.0 (60) |
| Thiodan + Penncap-M[a] Mustang + Ovasyn | 0.75 + 0.50 0.045 + 0.25 | 69.6 ab (25.3) | 60.6 b (75.3) | 106.8 b (85.0) | 66.2 b (93.7) | 74.2 b (80.4) | 25.8 b (92.3) | 67.2 (75) |
| Orthene + Mustang + Capture | 0.50 + 0.045 + 0.031 | 60.8 ab (34.8) | 101.2 b (58.7) | 140.2 b (80.3) | 52.4 b (95.0) | 25.4 b (93.3) | 4.8 b (92.6) | 67.5 (86) |
| Orthene + Mustang + Danitol | 0.50 + 0.045 + 0.031 | 69.0 ab (26.0) | 49.2 b (79.9) | 47.6 b (93.3) | 33.8 b (96.8) | 26.8 b (92.9) | 18.6 b (94.5) | 40.8 (91) |
| Capture + Curacron | 0.08 + 0.50 | 55.8 b (40.1) | 73.2 b (70.1) | 40.8 b (94.3) | 45.6 b (95.6) | 73.0 b (80.8) | 11.4 b (96.6) | 49.9 (89) |
| Capture + Monitor | 0.08 + 0.50 | 79.6 ab (14.6) | 48.6 b (80.2) | 43.0 b (94.0) | 30.6 b (97.1) | 26.6 b (93.0) | 14.2 b (95.8) | 40.4 (91) |
| Untreated | ---------- | 93.2 a | 245.0 a | 711.6 a | 1044.6 a | 379.2 a | 336.0 a | 468.3 |

(Ex. C at 815; *see also id* at 815-817, Tables 9 and 10.)

127.    The composition disclosed above uses Capture and Mustang at a ratio of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45, which is within the claimed ratio of 10:1 to 1:30.

128.    Therefore, McKenzie teaches each of the elements of claim 11.

**K.    Claim 12**

129.    Claim 12 of the '416 patent depends from claim 11 and narrows the weight ratio of bifenthrin to cyano-pyrethroid to "from 4:1 and 1:4."

130.    As discussed above, McKenzie discloses compositions comprising Capture (bifenthrin) and Mustang (zeta-cypermethrin) at a ratio of active ingredients of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45, which is within the claimed ratio of 4:1 to 1:4.

131.    Therefore, McKenzie anticipates claim 12.

37

**L.**    **Claim 13**

132.    Claim 13 of the '416 patent depends from claims 11 and 12 and narrows the weight ratio of bifenthrin to cyano-pyrethroid to "from 3:1 and 1:3."

133.    As discussed above, McKenzie discloses compositions comprising Capture (bifenthrin) and Mustang (zeta-cypermethrin) at a ratio of active ingredients of 0.031 to 0.045, which is mathematically equivalent to a ratio of 1:1.45, which is within the claimed ratio of 3:1 to 1:3.

134.    Therefore, McKenzie anticipates claim 13.

**M.**    **Claim 14**

135.    Claim 14 of the '416 patent depends from claim 11 and adds the additional limitation "wherein the cyano-pyrethroid is zeta-cypermethrin."

136.    As discussed above, McKenzie discloses compositions comprising Mustang, the active ingredient of which is zeta-cypermethrin.  *See supra* ¶¶ 68-73. Therefore, McKenzie anticipates claim 14.

**N.**    **Claim 16**

137.    Claim 16 of the '416 patent recites: "The composition of claim 11 further comprising an agriculturally acceptable extender or adjuvant."

138.    As explained above, McKenzie discloses compositions comprising Mustang and Capture that meet each element of claim 11.  Because McKenzie uses the trade names Mustang and Capture, rather than just referring to the active ingredients, a POSA would have understood that Mustang and Capture were commercially available, formulated products that necessarily contained at least one agriculturally acceptable adjuvant.  Therefore, McKenzie discloses the additional limitation of claim 16 and claim 16 is anticipated.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on June 20, 2024.

David A. Hunt

# EXHIBIT 1

**CURRICULUM VITAE**

**DAVID ALLEN HUNT, Ph.D.**

4025 Kinsley Trace                                      Cell: (518) 588-6515
Burlington, NC 27215                                   E-mail: hunt@tcnj.edu
                                                       Web:  https://hunt.pages.tcnj.edu

## SCIENTIFIC/PROFESSIONAL AREAS OF EXPERTISE

• Organic synthesis
• Heterocyclic chemistry
• Medicinal/agrochemistry:
  lead discovery/development
• Organometallic chemistry
• Peptide, steroid synthesis/modification
• Combinatorial chemistry/automated
  synthesis techniques
• Structural analysis and elucidation
  (1D, 2D NMR; mass spectrometry; ir)
• Chemical education
• Develop/manage partnerships and collaborations

• Process chemistry route design/
  development
• Bioorganic/biochemistry
• Bioconjugation (hapten design and
  modification)
• Chemoinformatics
• Computational chemistry
• Liposome precursor synthesis
• Design/defense strategies for intellectual
  property
• Chromatography
  (prep/analytical/chiral HPLC; GC; LPLC)

## POSITIONS

**2024-present : Professor, International Research Institute of North Carolina,** Durham, NC

Mentor high school-level students participating in a 16-week summer term with the primary objective generation of a peer-reviewed, scientific paper.

**2024-present: Consultant, Symmetry Biosciences,** Morrisville, NC

Serve as consultant for Symmetry Biosciences on issues pertaining to contract organic synthesis and infrastructure (new lab design).

**2024-present: Professor Emeritus of Chemistry, The College of New Jersey,** Ewing, NJ.

**2005-2023:  The College of New Jersey,** Ewing, NJ.

From 2005-present: Professor, Department of Chemistry; from 2008-2014: Professor and Chair, Department of Chemistry; from 2017-2020: Professor and Associate Chair.  One of five faculty members responsible for organic chemistry curriculum pertaining to sophomore organic chemistry for both chemistry and non-chemistry majors; develop and conduct upper-level lab-based courses in heterocyclic chemistry, medicinal chemistry, and other advanced organic chemistry topics. Conduct research with undergraduate students and serve on Departmental, School of Science, and College Faculty Senate committees.

DAVID ALLEN HUNT, Ph.D.

**POSITIONS (continued)**

**2015:  Visiting Scholar, Symmetry Biosciences,** Research Triangle Park, NC

Sabbatical leave: worked in the research labs of Symmetry Biosciences investigating novel molecular transport mechanisms for drug delivery past the blood-brain barrier.

**2001-2005:  Albany Molecular Research, Inc.,** Albany, NY.

From 2004-2005: Director, cGMP Chemistry Services and Analytical Chemistry; member of the Corporate Executive Management Committee.  Led a department of *ca.* 100 scientists and technicians supporting all aspects of cGMP manufacturing and development projects with a budget of *ca.* $20M.  Responsible for managing all analytical services and bid writing pertaining to said services within the company supporting combinatorial chemistry, medicinal chemistry, chemical development, and cGMP chemistry including chromatography/chiral separations, NMR spectroscopy/mass spectrometry, in-process testing, analytical methods development, stability testing, and quality control/API release.

From 2003-2004: Assistant Director, Corporate Project Management - Chemistry.  Developed, led, and maintained the first project management group at Albany Molecular Research and the affiliated subsidiary (Organichem) providing training, supervision and ongoing communication to all members of the project teams. Oversaw and managed AMRI internal process research projects from inception to completion.  Explored and developed opportunities for new projects. Oversaw and managed the timely completion of Chemical Development and production projects at Albany Molecular and its subsidiary Organichem, as well as ensured the smooth transfer of technology among development disciplines.  Assisted in the preparation of external grant proposals including researching, writing, and coordinating scheduling to meet submission deadlines.

From 2002-2003: Assistant Director, Chemistry. From 2001-2002: Section Head, Chemistry. Led a section of *ca.* 55 chemists (40+ Ph.D.s) and managed scientific efforts and resources for multiple projects for multiple customers to attain objectives in a timely manner with regard to the design, evaluation, and reduction to practice of novel chemical synthesis routes for compounds in early phase development. Supervised process research/process development projects from bench to kilo lab on early phase pharmaceutical development candidates. Supervised early process development studies for chemotherapeutics *Vorinostat* (Merck), *Velcade* (Millenium), and *Adcetris* (Seattle Genetics).  Medicinal chemistry efforts focused on the design of novel pharmaceutical agents in the areas of oncology, CNS, and anti-inflammation. Additional work in support of the medicinal chemistry effort focused on structure-activity correlations, the planning of synthesis, and patent strategies. Assisted in the evaluation and procurement of new technology from other companies and research institutes. Participated in university campus recruiting efforts.

**2000-2001:  Department of Chemistry, East Carolina University,** Greenville, NC, Visiting Assistant Professor.  Taught introductory undergraduate chemistry courses.

**1999-2001:  Catalytica/DSM Pharmaceuticals,** Greenville, NC. Senior Group Leader, Chemical Development Department.  Led a team of chemists responsible for evaluating and designing chemical synthesis routes for manufacture of API's/intermediates in early phase development under cGMP guidelines.  Conducted contract process research/process development

2

DAVID ALLEN HUNT, Ph.D.

**POSITIONS (continued)**

from bench to pilot plant on early phase pharmaceutical candidates.

**1998-1999:    Department of Chemistry and Chemical Biology, Stevens Institute of Technology,** Hoboken, NJ, Adjunct Professor.  Taught graduate course (CHEM 780R) - Topics in Biochemistry:  Principles of Biologically Active Compound Design.

**1997-1999:   Department of Chemistry, The College of New Jersey,** Ewing, NJ, Adjunct Professor.   Designed and taught upper division course entitled "Organic Chemistry of Biologically Active Compounds" (CHE 480). Course consisted of both a lecture and laboratory. Also taught freshman chemistry and organic chemistry.

**1989-1999:  American Cyanamid Company,** Agricultural Research Division, Princeton, NJ. From 1998-1999:  Senior Group Leader.   From 1991-1997:  Group Leader, Insect Control Exploratory Synthesis and Route Scouting Groups, Chemical Discovery Section.  Multiple project management and direction of a group of 11 chemists (B.S., M.S., Ph.D.) with regard to the biorational design of insecticides, structure-activity correlations, the planning of synthesis [traditional, automated (parallel and combinatorial) methods] and patent strategies, evaluating and responding to patent examiner arguments, route scouting and initial process development studies, and direction in the selection of development candidates.  Work in the group has resulted in one commercial product (*Phantom* insecticide) with multiple compounds placed in the development pipeline (currently with BASF).  Assisted in the evaluation and procurement of new technology from other companies and research institutes.   Coordinated and managed foreign academic and industrial institution project collaborations in Europe and Asia (Germany, China, Japan, India).  Served on several Research Division and Cyanamid corporate R&D committees, including service as Chair of the corporate Organic Synthesis Subcommittee (with the Medical Research Division) and the site-wide safety committee representing chemistry.  Participated in university campus recruiting efforts.

From 1989-1991:  Senior Research Chemist, Fungicide Exploratory Synthesis Group. Conducted biorational design and exploratory synthesis of fungicides (SBI's and novel modes of action), herbicides and preparation of field trial samples.  Developed of novel classes of fungicides and herbicides. Worked with computational chemistry group in designing novel compounds.

**1989-1990:   American College Testing Program (ACT),** Iowa City, IA, Physical Sciences (Chemistry) Test Question Writer.  Developed physical science test units for use in the national ACT college examination.

**1988-1989:   Solvay America, Salsbury Laboratories,** Charles City, IA.  Technical Manager, Chemical R/D Custom Synthesis.  Design and development of synthesis routes and subsequent scale-up for intermediates for pharmaceuticals, agrochemicals, fragrances, and photographic chemicals, including technology transfer to pilot plant and manufacturing.   Major duties included:  accountability for a group of research chemists (analytical and process development), technicians, and chemical engineers in a team environment, coordinating with analytical chemistry, engineering, and chemical marketing departments in order to define processes, process economics, and customer needs.  Initiate contacts concerning joint university-industry cooperation.  Responsible for providing chemical process documentation to the FDA in support of contract and generic drug manufacture.  Responsible for general laboratory management, including  safety  programs,  capital  equipment  acquisitions,  and  departmental  budget

3

DAVID ALLEN HUNT, Ph.D.

## POSITIONS (continued)

administration.  Designed, implemented, and instructed in-house technical education short courses for NMR and IR spectroscopy, mass spectrometry, personal computers, and organic chemistry refresher.

**1984-1988:  PPG Industries,** Biochemicals Synthesis, Barberton Technical Center, Barberton, OH.  Senior Research Chemist.  Conducted biorational design and synthesis of novel compounds for screening in the development of herbicides and PGR's *via* molecular modeling (Molecular Design system).  Acted as an in-house consultant for various research groups and corporate licensing departments on various projects; site coordinator for collaboration on biological chemistry projects with Scripps Institute, LaJolla, CA.  Drafted research proposals for project funding.

**1981-1984:  Becton Dickinson Research Center,** Research Triangle Park, NC.  From 1983-1984: Senior Scientist. From 1981-1983: Senior Research Chemist, organic synthesis and bioorganic chemistry. Design and synthesis of compounds for use in immunoassay and other immunological studies, as well as drug conjugate preparation (i.e., hapten modification and conjugation - ADC), peptide synthesis, protein linker chemistry, lipid chemistry, and synthetic surfactant chemistry as applied toward liposome preparations.  Drafted project and major instrumentation proposals.  Supervised use of high field NMR, Molecular Design (MDL) data system, and center mass spectrometry work.  Research Center safety committee member and Chair of chemical safety.  Developed and instructed in-house short courses on NMR spectroscopy and mass spectrometry.

**1980-1981:  Department of Chemistry, Marshall University,** Huntington, West Virginia, Graduate Faculty. Lectured advanced organic synthesis classes (graduate-advanced undergraduate).

**1979-1981:  Union Carbide Corporate Technical Center,** South Charleston, WV, Senior Chemist.  From 1980-1981:  Agricultural Products - Exploratory Process Chemistry.  Work involved the design of economical synthetic routes to potential insect control agents resulting in the development of two novel processes.
From 1979-1980: Molecular Structure and Composition Skills Center.  Determined structure of organic compounds and reaction mechanisms *via* mass spectrometry, NMR, and IR analysis.  Liaison between the Skills Center and various research center groups encompassing several project areas.

**1975-1979:  Department of Chemistry, Duke University,** Durham, North Carolina.
From 1978-1979:  Instructor.  Lectured advanced organic recitation sections.
From 1975-1977:  Graduate Teaching Assistant.  Course organization and instruction for junior/senior-level organic synthesis lab course and advanced sophomore organic chemistry.  Among the top-rated teaching assistants for two consecutive years.

**1974-1975:  Department of Chemistry, Marshall University,** Huntington, WV, Graduate teaching assistant.  Responsible for sophomore-level organic chemistry lab course.

## EDUCATION

**1979**   Research Associate, Duke University

4

DAVID ALLEN HUNT, Ph.D.


**EDUCATION (continued)**

**1979**   Duke University, Durham, North Carolina
Ph.D., Organic Chemistry
Research Advisors: Profs. William E. Parham and Charles K. Bradsher
Dissertation Title: "A Study of the Reaction of Functionalized Aryllithium Reagents with Internal and External Electrophiles.  A Pathway to the Synthesis of Heterocyclic and Carbocyclic Systems"

**1975**   Marshall University, Huntington, West Virginia
M.S., Organic Chemistry
Research Advisor: Prof. James E. Douglass
Thesis Title: "Reactions of Quinoline-1-Oxide with Substituted Ylidinemalononitriles and Ethylidinecyanoacetates: Feasibility of 2,1-Annelations"

**1973**   Marshall University, Huntington, West Virginia
B.S. in Chemistry (Honors in Chemistry); Minors: Physics, Mathematics
Research Advisor: Prof. Melvyn W. Mosher
Undergraduate Research Thesis: "Mechanism and Kinetics of the Reaction of Halogens with Iodoalkanes"


**DISTINCTIONS, HONORS, AND PROFESSIONAL SOCIETIES**

West Virginia Board of Regents Scholarship (1970); Ashland Oil Fellow (1973); Ohio Valley Section, American Chemical Society, Outstanding Senior Chemistry Major (1974); FMC Graduate Fellow (1975); Duke University Department of Chemistry Fellowship (1977); Union Carbide - Vice President's Research Citation (1981); Distinguished Graduate Student Alumnus, College of Science, Marshall University (1994)

Who's Who Among Students in American Colleges and Universities (1975); Who's Who in the South and Southwest, 19th Edition (1984); Who's Who in the Midwest, 21st - 22nd Editions (1987-1989); Who's Who of Emerging Leaders in America, 2nd Edition (1988); Who's Who in the East, 24th Edition (1992); American Men and Women of Science, 19th – 38th Editions (1995-2021); Who's Who in Science and Engineering 2nd - 5th Editions (1995-2001); Who's Who Worldwide (1994-1995); Who's Who in College Faculty (2009-2010); Who's Who in America (2010); AcademicKeys Who's Who in Sciences Higher Education (2021)

*Honoraries:* Chi Beta Phi (1973); Omicron Delta Kappa (1974); Phi Lambda Upsilon (1976); Sigma Xi (1980); Golden Key (2016)

American Chemical Society: Organic, Medicinal, Agrochemical, and Education Divisions; International Society of Heterocyclic Chemistry; American Association for the Advancement of Science; New York Academy of Sciences; Council on Undergraduate Research

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE**

*Teaching Record:*

<em>Classes</em>

| | | | |
|---|---|---|---|
| Fall, 2023 | CHE 331 | Organic Chemistry I; Course enrollment: | 20 |
| | CHE 474 | Medicinal Chemistry: Course enrollment: | 20 |
| Spring, 2023 | CHE 317 | Junior Seminar | 11 |
| | CHE 332 | Organic Chemistry II; Course enrollment | 28 |
| | CHE 493 | Independent Study; Enrollment | 3 |
| Fall, 2022 | CHE 331 | Organic Chemistry I; Course enrollment: | 38 |
| | CHE 493 | Independent Study; Enrollment: | 3 |
| Spring, 2022 | CHE 316 | Sophomore Seminar | 9 |
| | CHE 332 | Organic Chemistry II; Course enrollment | 19 |
| | CHE 493 | Independent Study; Enrollment | 5 |
| Fall, 2021 | CHE 331 | Organic Chemistry I; Course enrollment: | 20 |
| | CHE 493 | Independent Study; Enrollment: | 5 |
| Summer, 2021 | CHE 331 | Organic Chemistry I; Course enrollment: | 20 |
| Spring, 2021 | CHE 332 | Organic Chemistry II; Course enrollment | 42 |
| | CHE 493 | Independent Study; Enrollment | 5 |
| Fall, 2020 | CHE 316 | Sophomore Seminar | 18 |
| | CHE 331 | Organic Chemistry I; Course enrollment: | 20 |
| | CHE 476 | Heterocyclic Chemistry; Course enrollment: | 17 |
| | CHE 493 | Independent Study; Enrollment: | 7 |
| Summer 2020 | CHE 331 | Organic Chemistry I; Course enrollment: | 21 |
| Spring, 2020 | CHE 332 | Organic Chemistry II; Course enrollment: | 40 |
| | CHE 493 | Independent Study; Enrollment: | 7 |
| Fall, 2019 | CHE 316 | Sophomore Seminar | 17 |
| | CHE 331 | Organic Chemistry I; Course enrollment: | 19 |
| | CHE 476 | Medicinal Chemistry; Course enrollment: | 17 |
| | CHE 493 | Independent Study; Enrollment: | 6 |
| Summer 2019 | CHE 331 | Organic Chemistry I; Course enrollment: | 21 |
| Spring, 2019 | CHE 332 | Organic Chemistry II; Course enrollment: | 40 |
| | CHE 493 | Independent Study; Enrollment: | 5 |
| Fall, 2018 | CHE 331 | Organic Chemistry I; Course enrollment: | 39 |
| | CHE 493 | Independent Study; Enrollment: | 5 |

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

| | | | |
|---|---|---|---|
| Summer 2018 | CHE 332 | Organic Chemistry I; Course enrollment: | 21 |
| Spring, 2018 | CHE 332 | Organic Chemistry II; Course enrollment: | 39 |
| | CHE 493 | Independent Study; Enrollment: | 5 |
| Fall, 2017 | CHE 331 | Organic Chemistry I; Course enrollment: | 20 |
| | CHE 476 | Medicinal Chemistry; Course enrollment: | 16 |
| | CHE 493 | Independent Study; Enrollment: | 6 |
| Summer 2017 | CHE 331 | Organic Chemistry I; Course enrollment: | 24 |
| Spring, 2017 | CHE 332 | Organic Chemistry II; Course enrollment: | 35 |
| | CHE 493 | Independent Study; Enrollment: | 5 |
| Fall, 2016 | CHE 331 | Organic Chemistry I; Course enrollment: | 46 |
| | CHE 493 | Independent Study; Enrollment: | 5 |
| Summer 2016 | CHE 331 | Organic Chemistry I; Course enrollment: | 19 |
| Spring 2016 | CHE 332 | Organic Chemistry II; Course enrollment: | 48 |
| | CHE 493 | Independent Study; Enrollment: | 5 |
| Fall, 2015 | CHE 331 | Organic Chemistry I; Course enrollment: | 48 |
| | CHE 393 | Independent Study; Enrollment: | 3 |
| | CHE 493 | Independent Study; Enrollment: | 2 |
| Summer, 2015 | CHE 332 | Organic Chemistry II; Course enrollment: | 15 |
| Fall, 2014 | CHE 331 | Organic Chemistry I; Course enrollment: | 24 |
| | CHE 476 | Medicinal Chemistry; Course enrollment: | 20 |
| | CHE 393 | Independent Study; Enrollment: | 2 |
| | CHE 493 | Independent Study; Enrollment: | 3 |
| Summer, 2014 | CHE 332 | Organic Chemistry II; Course enrollment: | 16 |
| Spring, 2014 | CHE 332 | Organic Chemistry II; Course enrollment: | 46 |
| | CHE 393 | Independent Study; Enrollment: | 3 |
| | CHE 493 | Independent Study; Enrollment: | 3 |
| Fall, 2013 | CHE 331 | Organic Chemistry I; Course enrollment: | 48 |
| | CHE 393 | Independent Study; Enrollment: | 3 |
| | CHE 493 | Independent Study; Enrollment: | 3 |
| Summer 2013 | CHE 332 | Organic Chemistry II; Course enrollment: | 24 |
| Spring, 2013 | CHE 316 | Sophomore Seminar; Course Enrollment: | 13 |
| | CHE 332 | Organic Chemistry II; Course Enrollment: | 48 |
| | CHE 493 | Independent Study; Enrollment: | 4 |

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

| | | | |
|---|---|---|---|
| Fall, 2012 | CHE 331 | Organic Chemistry I; Course enrollment: | 21 |
| | CHE 393 | Independent Study; Enrollment: | 3 |
| | CHE 493 | Independent Study; Enrollment: | 1 |
| Summer 2012 | CHE 332 | Organic Chemistry II; Course enrollment: | 18 |
| Spring, 2012 | CHE 470 | Introduction to Medicinal Chemistry w/Lab; | |
| | | Course enrollment: | 24 |
| | CHE 493 | Independent Study; Enrollment: | 3 |
| Fall, 2011 | CHE 331 | Organic Chemistry I; Course enrollment: | 49 |
| | CHE 393 | Independent Study; Enrollment: | 1 |
| | CHE 493 | Independent Study; Enrollment: | 2 |
| Spring, 2011 | CHE 317 | Junior Seminar: Course Enrollment: | 14 |
| | CHE 393 | Independent Study; Enrollment: | 2 |
| | CHE 493 | Independent Study; Enrollment: | 1 |
| Fall, 2010: | CHE 331 | Organic Chemistry I; Course enrollment: | 48 |
| | CHE 393 | Independent Study; Enrollment: | 2 |
| | CHE 493 | Independent Study; Enrollment: | 1 |
| Spring, 2010 | CHE 332 | Organic Chemistry II; Course enrollment: | 24 |
| | CHE 470 | Heterocyclic Chemistry w/Lab; | |
| | | Course enrollment: | 16 |
| | CHE 493 | Independent Study; Enrollment: | 4 |
| Fall, 2009: | CHE 201 | General Chemistry I; Course enrollment: | 48 |
| | CHE 393 | Independent Study; Enrollment: | 4 |
| Spring, 2009 | CHE 470 | Introduction to Medicinal Chemistry w/Lab; | |
| | | Course enrollment: | 24 |
| | CHE 493 | Independent Study; Enrollment: | 2 |
| Fall, 2008: | CHE 331 | Organic Chemistry I; Course enrollment: | 48 |
| | CHE 393 | Independent Study; Enrollment: | 2 |
| | CHE 493 | Independent Study; Enrollment: | 1 |
| Summer, 2008 | CHE 331 | Organic Chemistry I; Course enrollment: | 25 |
| Spring, 2008: | CHE 332 | Organic Chemistry II; Course enrollment: | 49 |
| | CHE 493 | Independent Study; Enrollment: | 5 |
| Fall, 2007: | HON 321 | Honors Organic Chemistry I; | |
| | | Course enrollment: | 20 |
| | CHE 318 | Senior Seminar; Enrollment: | 20 |
| | CHE 393 | Independent Study; Enrollment: | 2 |
| | CHE 493 | Independent Study; Enrollment: | 3 |

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

| | | | |
|---|---|---|---|
| Summer, 2007 | CHE 331 | Organic Chemistry I; Course enrollment: | 24 |
| | | | |
| Spring, 2007: | CHE 480 | Heterocyclic Chemistry w/Lab; | |
| | | Course enrollment: | 18 |
| | CHE 493 | Independent Study; Enrollment: | 4 |
| | | | |
| Fall, 2006: | CHE 331 | Organic Chemistry I for Majors; | |
| | | Course enrollment: | 40 |
| | CHE 316 | Sophomore Seminar; Enrollment: | 19 |
| | CHE 493 | Independent Study; Enrollment: | 4 |
| | | | |
| Spring, 2006: | CHE 332 | Organic Chemistry II for Majors; | |
| | | Course enrollment: | 23 |
| | CHE 480 | Introduction to Medicinal Chemistry | |
| | | w/Lab; Course enrollment: | 13 |
| | CHE 493 | Independent Study; Enrollment: | 4 |
| | | | |
| Fall, 2005: | CHE 321 | Organic Chemistry I for Non-Majors; | |
| | | Course enrollment: | 39 |
| | CHE 393 | Independent Study; Enrollment: | 3 |

*Student Research
Projects*
(academic year)

Jessica Bocanegra:
Michael Reactions with Knovenagel Adducts (Fall, 2013)
Cu-Catalyzed Reaction of 1-Bromo-2-Iodobenzene with 1,2-
Cyclohexanedione (Spring, 2014 – Spring, 2015)

Catherine Campos:
Studies Directed Towards the Synthesis of Benzo-fused Oxepinones
and Thiapanones (Spring 2006 - Spring, 2007)

Daniel Canales:
Reaction of Functionalized Aryllithium Reagents with 1,2-
Cyclohexanedione (Fall, 2021 – Spring, 2023)

Marc Casale:
Mechanistic Studies of the Tandem Cyclization of Arylethylamino Acid
Amides to Dihydroimidazoisoquinolin-3(2H)-ones (Fall 2015 – Spring,
2016)
A Novel Preparative Route to Hydantoin Derivatives (Fall, 2016 –Spring,
2017)

Emily Cherney:
Tandem Cyclization of Amino Acid Amides (Fall, 2005)
Studies Toward a Novel Synthesis of Dihydroquinolines (Spring, 2006)
Solvent Effects on the Preparation of 1,2,3,4-Tetrahydrobenzodiazapin-5-
ones (Fall, 2006)
Reaction of Dimethyl Sulfoxide with Isatoic Anhydrides. Isolation of
Unexpected Rearrangement Products (Spring, 2007)

9

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

Thomas Chiarella:
Lithium-Halogen Exchange Studies on 2-Bromo-3-Bromomethyl-thiophene (Fall, 2019)

Keith Chomsky:
Lithium-Halogen Exchange Behavior in Bromo-Substituted 1,4-Diaryl β-Lactams (Spring, 2007 - Spring, 2008)

Adam Clarke:
A Novel Synthesis of 2-Aminotetralins (Fall, 2005)
Synthesis of Novel 1-Phenyl-2-Nitroindenes (Spring, 2006; Fall, 2006)

Kate Davis:
A New Route to Styryl Vinyl Ethers (Fall, 2008; Spring, 2009)

Sara Davis (*2008 Phi Kappa Phi Research Grant Recipient*):
Toward a Convergent Synthesis of (±)-Isopestacin (Fall, 2007; Spring, 2008; Fall, 2008)

Ryan DeAngelis:
New Intramolecular Cyclization Strategies Built Around Novel Parham-type Substrates (Fall, 2012; Spring, 2013)
Investigations into an Unexpected Aromatization Reaction of 1,2-Cyclohexanedione Ethers (Fall, 2013; Spring, 2014)

John Farrokh:
Studies Directed Towards the Synthesis of Benzo-fused Oxepinones and Thiapanones Fall, 2011; Spring, 2012)

Toward a Novel Synthesis of the Benzopyrazole Ring System *via* Condensation of Thermolabile Aryllithium Reagents and Diazo-dicarboxylate Esters (Fall, 2012; Spring, 2013)

Brittany Frazier:
A Novel Synthesis of 2-Nitro-3-Arylindanones (Fall, 2009; Spring, 2010)

Alex Fuchs:
A Novel Synthesis of 2-Nitro-3-Arylindanones (Fall, 2009; Spring, 2010)

Amber Gietter:
A Novel Synthesis of 2-Nitro-3-Arylindanones (Fall, 2009; Spring, 2010)

Andrew Glass:
Tandem Michael Additions as a Strategy for Heterocyclic Ring Construction (Fall, 2014 – Spring, 2016)

10

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

Alec Grossman:
Cyclization Studies of Adducts from the Reaction of Functionalized
Aryllithium Reagents and N-Substituted Isatoic Anhydrides (Fall, 2014 –
Spring, 2016)

Amit Gupta:
Preparation of N-Pyrrolotin (IV) Compounds as Potential Molluscicides
(Fall, 2015; Spring, 2016)

Tommy Hendrickson:
Condensation Reactions of Isatoic Anhydrides with α-Aminonitriles: A
New Pathway to 2,3-Dihdroquinazolin-4(1$H$)-ones (Fall, 2021 – Spring,
2022)
Reaction of Michael acceptors with ω-Haloalkyl Ammonium Salts (Fall,
2022-Spring, 2023)

Tyler Higgins (*2012 Phi Kappa Phi Research Grant Recipient*):
Addition of 1,2-Cyclohexanedione to a Variety of Michael Acceptors
(Fall, 2012; Spring, 2013)
Functionalization of Resveratrol (Fall, 2013; Spring, 2014)

Kimberly Jarquin:
Reaction of 1,2-Cyclohexanedione with Epoxides (Fall, 2020); Homoaldol
Reactions of 1,2-Cyclohexanedione (Fall, 2021)

Hasan Kahn:
A Study of the Reaction of 1,3-Cyclohexanedione with Alcohols under
Acid-Catalyzed Conditions (Fall, 2016)

Jay Kloskowski:
A Study of the Reaction of 1,2-Cyclohexanedione with ω-Halo-N-BOC
Alkyl Amines (Fall, 2016)

Jenna Klubnick:
Toward a Total Synthesis of (±)-Clavulazine (Fall, 2007; Spring, 2008)

Kapya Kollin:
Reaction of 1,2-Cyclohexanedione with Epoxides (Fall, 2021)

Vincent Landante:
Halogen-Metal Exchange Reactions of o-Bromophenylalkylformamides
(Fall, 2020)

Stephen Liang:
A Study of the Reaction of β-Nitrostyrenes with ω-Haloalkyl Ammonium
Salts (Fall, 2016)

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

Jay Lim:
Reactions of Isatoic Anhydrides with Vinyl Magnesium Bromide (Fall, 2019)

Sondra Lionetti:
Michael Addition Reactions with Anions of Phenylsuccinic Anhydride (Fall, 2018)

Taylor Maney:
Heck Reactions with Highly Functionalized Bromoarenes (Fall, 2013)
Functionalization of Resveratrol (Spring, 2014)

Kelly McAleer:
Studies Toward a Total Synthesis of Chaetone G, a Natural Product from the Insect Pathogenic Fungus *Aschersonia luteola* BCC 31749 (Fall, 2019)

Jim Melnyk:
Lithium-Halogen Exchange Behavior in Bromo-Substituted 1,4-Diaryl β-Lactams (Spring, 2007 - Spring, 2008)

Lauren Morelli:
Reaction of β-Nitrostyrenes with ω-Haloalkyl Ammonium Salts (Fall, 2018)

Catherine Morgan:
Preparation of Spin-labeled Inhibitors (SLIs) of Thermolysin (Fall, 2015; Spring 2016)

Max Nazario:
Preparation of Spin-labeled Inhibitors (SLIs) of Thermolysin (Fall, 2015)

Christina Papanagapoulous:
Tandem Cyclization of Amino Acid Amides (Fall, 2005; Fall, 2006)
Cyclization Reactions of Amino Acid Amides (Spring, 2006)

Mike Rosana:
Expedient Preparation of 2-(5,6-Dihydro-4H-1,3-oxazin-2-yl)anilines (Fall, 2007; Spring, 2008)

Marissa Rubenstein:
Cyclization Strategies Built Around β-Nitro-substituted Systems as Michael Acceptors (Fall, 2012 - Spring, 2014)

Sarah Shoeb:
o-Metallation of Benzyl Alcohols – A New Route to Indazoles (Fall, 2017); Preparation of 2,3-Dihydroisoquinolones *via* Parham Cyclization Chemistry (Fall, 2018)

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

Zach St. John:
Dual Michael Additions of Biaryls Substituted with Dual Michael
Acceptors (Fall, 2017); Preparation of 2,3-Dihydroisoquinolones *via*
Parham Cyclization Chemistry (Fall, 2018)

Chad Simpkins:
1,2-Cyclohexanedione: A Building Block for the Preparation of Fused-
Ring Furan Systems (Fall, 2010 - Spring, 2012)

Amy Solinski:
Condensation/Aromatization Reactions with 1,2-Cyclohexanedione (Fall,
2013 - Spring, 2015)

Mary Spireas:
Parham Chemistry Using Dichloromethane as the Solvent (Fall, 2022-
Spring, 2023)

Erica Tabakin:
Preparation of Some 4,6-Dihalo-3-arylisobenzofuran-1(*3H*)-ones (Fall,
2008; Spring, 2009)

Laraeb Tahir:
Synthesis of Aromatic Silyl Ketones for the Brook Rearrangement (Fall,
2019 – Fall, 2020)

Sarah Thornton:
Reaction of Functionalized Aryllithium Reagents with Isatoic Anhydrides
(Fall, 2010 - Spring, 2012)

Kelsey VanGelder:
Toward a Convergent Synthesis of (+)-Isopestacin (Fall, 2009 - Spring
2011)

Gina Wodarczyk:
Preparation and Evaluation of Acylresveratrol Derivatives (Fall, 2017);
Reaction of Homophthalic Anhydride with Michael Acceptors (Fall, 2018)

Patrycia Zybura:
Studies Toward a Total Synthesis of Chaetone G, a Natural Product from
the Insect Pathogenic Fungus *Aschersonia luteola* BCC 31749 (Fall, 2019)

*Summer Research Experience for Undergraduates (REU) at TCNJ – 2006:*

| *Student Research Projects* | Joanne Bertanozzi (*2006 Bristol-Myers Squibb Grant Recipient*): Preparation of Novel Ring Systems Utilizing Parham Cycliacylation/Cyclialkylation Chemistry |
|---|---|

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

Tim Craven:
Toward a Novel Synthesis of the Benzopyrazole Ring System *via* Condensation of Thermolabile Aryllithium Reagents and Diazodicarboxylate Esters

Maryll Geherty:
Lithium-Halogen Exchange Behavior in Bromo-Substituted 1,4-Diaryl β-Lactams

Christina Papanagopoulos:
Reaction of Functionalized Aryllithium Reagents with Trialkyl- and Triarylboranes

*Summer REU at TCNJ – 2007:*

*Student Research Projects*

Keith Chomsky (*2007 Bristol-Myers Squibb Grant Recipient*):
Lithium-Halogen Exchange Behavior in Bromo-Substituted 1,4-Diaryl β-Lactams

Kate Davis:
A New Route to Styryl Vinyl Ethers

Mike Rosana (*2007 National Starch Grant Recipient*):
Expedient Preparation of 2-(5,6-Dihydro-4H-1,3-oxazin-2-yl)anilines

Erica Tabakin (*2007 Merck/AAAS Research Undergraduate Research Fellow*): Development of Small Molecule Proteasome Inhibitors

*Summer Mentored Undergraduate Summer Experience (MUSE) at TCNJ – 2008:*

*Student Research Projects*

Kate Davis (*2008 National Starch Grant Recipient*):
A New Route to Styryl Vinyl Ethers

Joe Macor (*2008 National Starch Grant Recipient*):
Tandem Cyclization of Amino Acid Amides

Erica Tabakin (*2008 Merck/AAAS Research Undergraduate Research Fellow*): Development of Small Molecule Proteasome Inhibitors

*Summer MUSE at TCNJ – 2009:*

*Student Research Projects*

Kelsey VanGelder (*2009 Merck/AAAS Research Undergraduate Research Fellow*): Toward a Convergent Synthesis of (±)-Isopestacin

Lyndsay Wood (*2009 Merck/AAAS Research Undergraduate Research Fellow*): Development of Small Molecule Proteasome Inhibitors

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

*Summer MUSE at TCNJ – 2011:*

| | |
|---|---|
| *Student Research Projects* | Chad Simpkins: 1,2-Cyclohexanedione: A Building Block for the Preparation of Fused-Ring Furan Systems |
| | John Farrokh (*2011 NASA Research Grant Recipient*): Studies Directed Towards the Synthesis of Benzo-fused Oxepinones and Thiapanones |

*Summer MUSE at TCNJ – 2012:*

| | |
|---|---|
| Student Research Projects | John Farrokh: Studies Directed Towards the Synthesis of Benzo-fused Oxepinones and Thiapanones |
| | Tyler Higgins: Addition of 1,2-Cyclohexanedione to a Variety of Michael Acceptors |

*Summer MUSE at TCNJ – 2013:*

| | |
|---|---|
| Student Research Projects | Ryan DeAngelis: New Intramolecular Cyclization Strategies Built Around Novel Parham-type Substrates |
| | Tyler Higgins: Preparation of Resveratrol Derivatives as Potential CNS Agents |
| | Marissa Rubenstein: Cyclization Strategies Built Around β-Nitro-substituted Systems as Michael Acceptors |

*Summer MUSE at TCNJ – 2015:*

| | |
|---|---|
| Student Research Projects | Andrew Glass: Preparation of Novel Resveratrol Conjugates |

*Departmental Committees and Service:*

2005-2006
Curriculum and Scheduling
IT/Budget (Chair)
2006-2007
Curriculum and Scheduling
IT/Budget (Chair)
Public Relations and Development (Chair)

DAVID ALLEN HUNT, Ph.D.

**TCNJ SERVICE (continued)**

2007-2008
Curriculum and Scheduling
IT/Budget
Public Relations and Development (Chair)
2008-2014 (*Ex-Officio*)
Academic Affairs
Operational Affairs
Student Affairs
2008-14
Department Chair
Departmental Promotion and Reappointment Committee (Chair)
2014-2019; 2020-2023
Operations Committee
2019-2020
Academic Affairs
2014-2023
Departmental Promotion and Reappointment Committee
2017-2020
Associate Department Chair
Other Service
Faculty search committee – (Biochemistry) - 2019
Faculty search committee – (Visiting Assistant Professor of Chemistry; 2 positions) – 2018, 2019
Faculty search committee – (Chemistry; 2 positions) - 2018
Faculty Advisor – Gamma Sigma Epsilon Chemistry Honorary (2005-2011)
Faculty Advisor – Student Chemist Association/American Chemical Society Student Affiliates (2005-2008)
Departmental Open House Host (2005-2013); Scholars Weekend (2007-2013)
Chemistry Department representative – School of Science Dedication Ceremonies (Fall, 2005)
Chemistry Department representative – Accepted Student Day (2006-2013)
Sole Author - Initial Departmental Safety Manual and Departmental Brochure – Fall, 2006

*Service to the School of Science:*

School of Science (SoS) Colloquium Committee (Chair) - Hosted SoS Colloquia: Professor Simon Levin, Moffett Professor of Biology and Director, Center for Biocomplexity, Princeton University: *Evolutionary Perspectives on Ecological and Economic Games* (March 29, 2006); Professor Jeff Osborn, Professor of Biology and Dean of the School of Science, TCNJ: *Pollen: More Than Something to Sneeze At* (February 21, 2007); Biology Department - Genetics faculty search committee member – 2008; School of Science Curriculum Committee (2020-present)

*Service to the College:*

TCNJ MCAT Short Course Instructor for Organic Chemistry - 2006-2014
Support to School of Engineering for accreditation - Spring, 2006; Fall, 2006; Fall, 2011 - Fall, 2012; Fall, 2017
Honors and Scholars Committee – Vice Chair (Faculty Senate Appointments Committee) – Fall, 2006-Spring, 2007
Provost's Committee on Mentoring of Scholarship – 2006-2007

DAVID ALLEN HUNT, Ph.D.


**TCNJ SERVICE (continued)**

Selection Committee-Who's Who Among Students in American Colleges and Universities - Fall, 2007
Faculty-Student Collaboration Committee (MUSE - *M*entored *U*ndergraduate *S*ummer *E*xperience) – Charter Member: 2007-2010;
*Ad hoc* MUSE Proposal Evaluation Committee – 2011
SOSA (Support of Scholarly Activities) Committee – 2007-2010; *Ad hoc* SOSA Proposal Evaluation Committee – 2011, 2012
Faculty Marshal – 2023 Commencement
Goldwater Scholarship Selection Committee – 2008 - 2009
Faculty Senate – 2008-2011
NSF PERSIST scholar mentor – 2008-2023
Medical Careers Advisory Committee - 2009-2023
State of New Jersey 7-year B.S./M.D. program – Chemistry Department Representative for interviews - 2013-2014
Committee on Faculty Affairs - 2010-2013 (Chair, 2012-2013)
Public Health Major Development Group – 2012-2014
Liberal Learning Program Council, Vice Chair – 2015-2016
Committee on Strategic Planning and Priorities – 2019-2022
Faculty Representative: Search Committee – TCNJ Fire Marshall - 2021


**PROFESSIONAL SERVICE**

Editorial Boards – *Heterocyclic Letters; International Journal of Organic Chemistry; Advances in Chemical Sciences, Modern Organic Chemistry Research; Journal of Bioorganic and Organic Chemistry; Molecules (Journal Topic Board: 2019-2021; Reviewer Board: 2021-present)*

*Primary reviewer:*
Journal of Organic Chemistry; Synthesis; Tetrahedron; Tetrahedron Letters; Organic Preparations and Procedures International; Organic Process Research and Development; Journal of Medicinal Chemistry; European Journal of Medicinal Chemistry; Letters in Drug Design & Discovery; Drug Discovery Today; Journal of Agricultural and Food Chemistry; Pesticide Science; Advances in Chemical Sciences; International Journal of Organic Chemistry; Heterocyclic Letters; Medicinal Chemistry; Letters in Organic Chemistry; Journal of Pharmaceutical Research International; Organic Communications; Molecules

Webinar presenter – "Chemistry for the non-chemist: a two-part webinar series" hosted by SOCMA (Society of Chemical Manufacturers and Affiliates) – June 21, 2012; July 13, 2012.

Reviewer – *Medicinal Chemistry, 1st Edition*, Stevens (Pearson), 2012
    *Medicinal Chemistry, 1st Edition*, (Taylor and Francis), 2015
    *Organic Chemistry – Structure, Mechanism, and Synthesis,* Ouellette and Rawn (Elsevier), 2016
    "*Recent Developments in Carbon-heteroatom (C-X) Intramolecular Cyclization Reactions" in Advances in Organic Synthesis* (Bentham Science Publishers), 2017
    *The Practice of Medicinal Chemistry, 5th Edition*, Wermuth, Aldous, Raboisson, Rognan (Academic Press), 2019

Media Reviewer - *Organic Chemistry, 7th Edition*, Louden (Macmillan), 2020

DAVID ALLEN HUNT, Ph.D.

**PROFESSIONAL SERVICE (continued)**

Digital Reviewer – *Organic Chemistry, 3rd Edition*, Smith (McGraw Hill), 2012

Test Bank Author - *Organic Chemistry*, *11th Edition*, Solomons and Fryhle (John Wiley), 2012
        *Organic Chemistry*, *5th Edition*, Jones and Fleming (W.W. Norton), 2013

Content Reviewer – *Organic Chemistry*, *9th Edition*, *13th Edition*: Solomons and Fryhle (John Wiley), 2008; 2019

Program Reviewer - Department of Chemistry, State University of New York, Geneseo, 2011

Chemistry Study Panel:  National Science Centre (Poland), 2017, 2019; American Chemical Society, Petroleum Research Fund, 2014; North Carolina Biotechnology Center, 2009

Member: Wiley Organic Chemistry Advisory Board (2016 – 2018)

Consultant:

> Expert consultant in product dispute: Dow Chemical vs. Corteva (Deposed March 27, 2024)

> Chemistry Information Solutions (Client Confidential) – June 29, 2022

> Expert witness in patent dispute regarding U.S. Patent 10,294,202 Syngenta vs. FMC PGR2020-00028 (Deposed October 23, 2020)

> Expert witness in patent dispute regarding U.S. Patent No. 8,592,454 Array Biopharma vs. Takeda Pharmaceuticals IPR2015-00754 (Deposed December 21, 2015)

> Symmetry Biosciences, Research Triangle Park, NC, 2013 – 2019; 2023 - present

> FMC Corporation Agricultural Products Group, Discovery Chemistry Department, 2005

> Royal Botanic Gardens, Kew, United Kingdom – Consulted on private sector practices/perspectives regarding demand and access to global genetic resources, 1998-1999

Dissertation examiner: A Appala Naidu, Department of Chemistry, GITAM Institute of Technology, Visakhapatnam 530045, Andhra Pradesh, India, 2018

Dissertation Committee Member: Felipe Cesar Sousa E Silva (Ph.D. advisor – Dr. Sarah Wengryniuk), Temple University, Philadelphia, PA, April 10, 2020

Co-organizer, Mode of Action Session, 2nd Pan Pacific Conference on Pesticide Science, Honolulu, Hawaii, 1999

Co-editor with D.R. Baker, J.G. Fenyes, and G.S. Basarab, *Synthesis and Chemistry of Agrochemicals V,* American Chemical Society:  Washington, D.C., 1997

DAVID ALLEN HUNT, Ph.D.

**PROFESSIONAL SERVICE (continued)**

American Chemical Society Agrochemicals Division, organic synthesis representative, Program Planning Committee and National Special Symposia Subcommittee, 1994-2000

1976-1979; 1984-1987; 1990-1999:  High school and elementary school lecturer (NC; OH; PA; NJ).  Member of ACS Volunteer in Public Outreach program.  Demonstrations in NJ performed under the auspices of Sigma Xi.

1992-1998:  Explorer Post 989 Science Co-Advisor (Princeton, NJ).  Work with high school students in performing hands-on science experiments as a supplement to formal science course work.

1976-1998:  Science Liaison with various elementary schools (since 1991 - sponsored by Sigma Xi and American Cyanamid Company).  Used chemical demonstrations and hands-on experimentation as learning aids.

**CITATIONS FOR COMMUNITY SERVICE**

Certificate of Special Congressional Recognition, U.S. Congress; Humanitarian Citation, Pennsylvania State Senate; Certificate of Appreciation, The Chapel of Four Chaplains. Certificate of Recognition, Congregation Adath Jeshurun; Humanitarian Award, Gloria Dei Church; President's Citation, Brith Sholom; Certificate of Appreciation, B'nai B'rith; Certificate of Achievement; The Korean and American Friendship Society; Certificate of Appreciation, The Citizens Crime Commission of Delaware Valley

**CONTINUING STUDIES**

Mass Spectrometry Short Course, Finnigan Institute (1980)
ACS Short Courses: Homogeneous Catalysis (1981), Pharmacology for Chemists (1993)
Technical Writing (1981)
Herbicide Mode of Action Short Course, Purdue University (1985)
Bioorganic Chemistry, Princeton University (1989)
Organometallic Chemistry, Princeton University (1991)
Florida School of Molecular Orbital Theory, University of Florida (1992)
Leadership Development Program, Center for Creative Leadership, Greensboro, NC (1994)
Heterocyclic Chemistry (Pawda/Pearson), Wyeth, Princeton, NJ (1998)
Practical Process Research and Scale-Up (Neil Anderson), Albany, NY (2001)

**GRANTS**

- James Weinstein Foundation  (in conjunction with the Marshall University School of Medicine; co-P.I.'s:  James Weinstein, M.D., Professor of Neurosurgery/Neuroscience; Dr. Richard D. Egleton, Professor of Pharmacology) – Development of Drugs and Novel Transport Methods Enabling Penetration of the Blood-Brain Barrier for the Treatment of Alzheimer's Disease (2010) - $50,000; (2011) - $75,000; (2012) - $205,000, (2013) – $29,500**,** (2014) - $37,000, (2015) - $44,000, (2017) - $10,000
- School of Science Mini-Grant (2014) - $2,000

DAVID ALLEN HUNT, Ph.D.

**GRANTS (continued)**

- Phi Kappa Phi Student-Faculty Research Grant/Award (Tyler Higgins: *Functionalized 1,2-Cyclohexandiones as Michael Acceptors and Donors* – 2012) - $250
- Waters Corporation Academic Grant (2012) - $12,000
- American Chemical Society Organic Chemistry Division – National Travel Grant (2012) - $600
- George and Rolfa Rogers Neurodegenerative Diseases Program of Marshall University (2011) - $20,000
- NSF MRI CHE-1125993, Co-P.I.: Acquisition of a 400 MHz NMR Spectrometer for Undergraduate Research and Training (2011) - $261,086.
- NASA (New Jersey Space Grant Consortium) Summer Research Award (2011) - $5,000 NSF MRI CHE-0922931 Co-P.I.: Acquisition of a Single Crystal X-ray Diffractometer for Undergraduate Research and Training (2009) - $242,200
- Phi Kappa Phi Student-Faculty Research Grant/Award (Sara Davis:  *A Convergent Synthesis of* (+)-*Isopestacin* – 2008) - $500
- Merck/AAAS Undergraduate Science Research Co-P.I. (2007-2009): Project: "Development of Small Molecule Proteasome Inhibitors" – Co-P.I.'s: *Sudhir Nayak (Biology), David A. Hunt (Chemistry)* - $60,000
- TCNJ SOSA Grant Award: release time for academic year (2006-2007; 2007-2008; 2008-2009).
- National Starch Summer Research Grant (2007) - $5,000; 2 students (2008) - $10,000.
- Bristol-Myers Squibb Undergraduate Research Award in Organic Chemistry - (Summers, 2006; 2007) - $10,000
- TCNJ SURP Grant for 3 research students (2006) - $6,000; 1 student (2007) - $2,500
- TCNJ MUSE Grant for 2 research students each year (2008; 2012; 2013) - $15,000

**FOREIGN LANGUAGES**

Reading knowledge of German, French.

**MILITARY SERVICE**

U.S. Army Reserves, 1971-1977.   Honorable Discharge (SGT; E-5). Radio teletype/ cryptography teaching cadre.  Secret security clearance.

**PUBLICATIONS - (*BOLDFACE* indicates TCNJ undergraduate authorship)**

41. Amin, R.; Hunt, D.A. "Preparation of a Bis-MEM ascorbic acid-lipoic acid conjugate" *Heterocyclic Lett.* **2022**, *12*, 239-242.

40. Amin, R.; Hunt, D.A. "Preparation of a resveratrol-ascorbic acid MEM conjugate" *Heterocyclic Lett.* **2022**, *12*, 13-18.

39. Dumas, P.E.; Hunt, D.A." The use of boron carbide powder as an efficient green catalyst for Friedel-Crafts chemistry" *Org. Commun.* **2021**, *14,* 157-162.

DAVID ALLEN HUNT, Ph.D.

**PUBLICATIONS (continued)**

38. **Glass, A.; Higgins, T.;** Hunt, D.A. "Annulation chemistry based on tandem Michael addition-enamine formation - An improved method for the preparation of 1-substituted-2,3,5,6,7,8-hexahydroquinolin-4(1H)-ones" *Tetrahedron Lett.* **2019,** *60,* 151158. (Featured in: *Org. Process Res. Dev.* **2020**, *24*, 115-134.)

37. **Rosana, M..;** Hunt, D.A. "The preparation of ω-chloroalkylanthranilamides from substituted isatoic anhydrides" *Heterocyclic Lett.* **2019**, *9*, 235-238.

36. Hunt, D.A. "Reaction of *o*-bromoaryl- and *o*-bromoarylalkyl phthalimides with *n*-butyllithium at low temperatures", *MOJ Bioorg. Org. Chem.* **2018**, *2*, 226-228.

35. **Casale, M.;** Hunt, D.A. "Thermolysis reactions of N−alkyl-N'-CBZ amino acid amides. A route to substituted imidazolidine-2,4-diones," *Tetrahedron Lett.* **2018**, *59*, 938-940.

34. **Farrokh, J.; Craven, T.;** Hunt, D.A. "A Parham Cyclization route to the 2,3-dihydro-*1H*-indazole-1,2-dicarboxylate ring system *via* condensation of thermolabile aryllithium reagents and azodicarboxylate esters," *Tetrahedron Lett.* **2017**, *58*, 1900-1901.

33. **DeAngelis, R.; Solinski, A.;** Hunt, D.A. **"**An unexpected aromatization reaction during the preparation of 1,2-cyclohexanedione ethers," *Org. Commun.* **2017**, *10*, 1-5.

32. **Cherney, E.;** Hunt, D.A. "The reaction of isatoic anhydride with dimethylsulfoxide. Isolation of products formed through a putative Pummerer rearrangement" *Heterocyclic Lett.* **2016**, *6*, 591-593.

31. **Bertonazzi, J.; Thornton, S.; Grossman, A.;** Hunt, D.A. "Reaction of functionalized aryllithium reagents with N-alkylisatoic anhydrides. A straightforward route to 2'-substituted 2-N-alkylaminobenzophenone derivatives," *Heterocyclic Lett.* **2016**, *6*, 423-427.

30. **Khani, F.; Fleming, T.; Collins, C.; Tabakin, E.;** Bradley, L.; Hunt, D.A. "Regioselectivity differentiation in metalations of 3,5-dichloro-tertiary versus secondary benzamides," *Int. J. Org. Chem.* **2016**, *6*, 142-146.

29. **Farrokh, J.**; **Campos, C.;** Hunt, D.A. "A Parham Cyclization approach to diaryl-fused seven-membered ring heterocyclic ketones," *Tetrahedron Lett.* **2015**, *56*, 5245-5247.

28. Nayak, S.**; Fiaschi, M.; King, D.; Tabakin, E. R.; Wood, L.;** Hunt, D.A. "Development of small molecular proteasome inhibitors using a *Caenorhabditis elegans* screen," *Int. J. Med. Chem.* vol. 2014, Article ID 237286, 14 pages, **2014**. doi:10.1155/2014/237286.

27. **Cherney, E.; Macor, J.; Papanagapolous, C.;** Hunt, D.A. "Tandem cyclization reactions of electron rich arylethylamino acid amides. An entry to the dihydro-imidazoisoquinolin-3(2H)-one ring system," *Tetrahedron Lett.* **2014**, *55***,** 4837-4839.

26. **Geherty, M.; Melnyk, J.; Chomsky, K.;** Hunt, D.A. "Halogen-metal exchange reactions of bromoaryl-substituted β-lactams," *Tetrahedron Lett.* **2013**, *54*, 4934-4936.

21

DAVID ALLEN HUNT, Ph.D.

**PUBLICATIONS (continued)**

25. **Simpkins, C.**; Hunt, D.A. "The Michael addition of 1,2-cyclohexanedione to β-nitro-styrenes (I). The synthesis of 3-aryl-5,6-dihydrobenzofuran-7(4H)-ones," *Tetrahedron Lett.* **2013**, *54*, 3373-3375.

24. Weinstein, J.D.; Gonzalez, E.R.; Egleton, R.D.; Hunt, D.A. "The 10-patient screening protocol: a paradigm shift for evaluating pharmacotherapy for Alzheimer's disease," *The Consultant Pharmacist* **2013,** *28*, 443-454.

23. Bradley, L.M.; **Nardone, M.J.**; Hunt, D.A. "An expedient *in situ* preparation of symmetrical 1,4-dibenzylpiperazines from benzyl bromides and 2-bromoethylamine hydrobromide," *Tetrahedron Lett.* **2010**, *51*, 5613-5614.

22. Bradley, L.M.; **Collins, C.G.; Tabakin, E.R.**; Hunt, D.A. "Expedient preparations of 4,6-Dihalo-3-arylisobenzofuran-1(3H)-ones from 3,5-dihalo-N-ethylbenzamides," *Org. Prep. Proced. Int.* **2010**, *42*, 187-190.

21. Deifel, N.P.; **Cherney, E.**; Hunt, D.A.; Chan, B.C. "1-Methyl-*2H*-1,3-benzoxazine-2,4(*1H*)dione" *Acta Cryst.* **2010**, E66, o665.

20. Hunt, D.A. "Solvent and electronic effects on kinetics of cyclization of thermolabile aryllithium reagents. A comparison between 1-bromo-2-(2-bromoethyl)benzene and 4,5-dimethoxy-1-bromo-2-(2-bromoethyl)benzene," *Org. Commun.* **2009**, *2*, 60-65.

19. **Clarke A. J.**; Hunt, D.A. "β-Nitrostyrenes as electrophiles in Parham Cyclization chemistry. Reaction with *o*-lithiobenzonitrile," *Tetrahedron Lett.* **2009**, *50*, 2949-2951.

18. Hunt, D.A. "An improved method for the preparation of 2-(2-aminoaryl)-2-oxazolines from substituted isatoic anhydrides and 2-chloroethylamine hydrochloride," *Org. Prep. Proced. Int.* **2007**, *39*, 93-96.

17. Hunt, D.A. "Condensation of tricyclic pyrrolopyridine diones and an isoindoline dione with methylnitronate anion," *Heterocyclic Commun.* **2006**, *12*, 403-406.

16. **Demas, M.; Javadi, G.J.**; Bradley, L.M.; Hunt, D.A. "Metalation of a 3,5-dichloro tertiary benzamide. An unusual regioselectivity observation," *J. Org. Chem.* **2000**, *65*, 7201-7202.

15. Henegar K.E.; Hunt, D.A. "Expedient preparations of 2-trifluoromethylindole and its N-methyl derivative," *Heterocycles* **1996**, *43*, 1471-1475.

14. Hunt, D.A. "2-Arylpyrroles: a new class of insecticide. Structure, activity, and mode of action," *Pest. Sci.* **1996**, *47*, 201-202.

13. Barnes, K.D.; Hu, Y.; Hunt, D.A. "Electrophilic fluorination of a highly functionalized pyrrole," *Syn. Commun.* **1994**, *24*, 1749-1755.

DAVID ALLEN HUNT, Ph.D.

**PUBLICATIONS (continued)**

12. Treacy, M.; Miller, T.; Black, B.; Gard, I.; Hunt, D.A.; Hollingworth, R.M. "Uncoupling activity and pesticidal properties of pyrroles," *Biochem. Soc. Trans.* **1994**, *22*, 244-247.

11. Hunt, D.A. "Michael addition of organolithium compounds. A review*," Org. Prep. Proced. Int.* **1989**, *21*, 705-749.

10. Hunt, D.A. "An efficient preparation of 1,2-dihydrocyclobuta-[a]-naphthalene," *Org. Prep. Proced. Int.* **1989**, *21*, 360-363.

9. Hunt, D.A.; Quante, J.M.; Tyson, R.L.; Dasher, L.W. "The preparation and utilization of corticosteroidal π-allylpalladium complexes. A novel entry to 6-α,β–carboxymethylcortisol," *J. Org. Chem.* **1984**, *49*, 5262-5264.

8. Bradsher, C.K.; Hunt, D.A. "A novel synthesis of benzo[1,2:4,5]dicyclobutane *via* a dual Parham Cyclialkylation," *J. Org. Chem.* **1981**, *46*, 4608-4610.

7. Bradsher C.K.; Hunt, D.A. "Schiff bases as external and internal electrophiles in reactions of functionalized aryllithium reagents. A new route to isoindoline derivatives and 1,2,3,4-tetrahydroisoquinolines," *J. Org. Chem.* **1981**, *46*, 327-330.

6. Bradsher, C.K.; Hunt, D.A. "A new route to the acridizinium ion*," J. Org. Chem.* **1980**, *45*, 4248-4250.

5. Reames, D.C.; Hunt, D.A.; Bradsher, C.K. "A one-pot synthesis of some dibenzosuberones *via* the Parham Cycliacylation reaction," *Synthesis* **1980**, 454-456.

4. Hunt, D.A. "A study of the reaction of functionalized aryllithium reagents with internal and external electrophiles. A pathway to the synthesis of heterocyclic and carbocyclic systems," *Diss. Abstr. Int. B.* **1980**, *40*, 3741.

3. Bradsher C.K.; Hunt, D.A. "An efficient synthesis of 4,5-dimethoxybenzocyclobutane *via* the Parham Cyclialkylation reaction," *Org. Prep. Proced. Int.* **1978**, *10*, 267-272.

2. Parham, W.E.; Bradsher, C.K.; Hunt, D.A. "Reaction of aryllithium reagents with nitriles. Synthesis of 1-substituted-3,4-dihydroisoquinolines," *J. Org. Chem.* **1978**, *43*, 1606-1607.

1. Douglass, J.E.; Hunt, D.A. "Synthesis of quinolizinones by the condensation of ylidenemalononitriles with quinoline-1-oxide," *J. Org. Chem.* **1977**, *42*, 3974-3976.

**BOOK CHAPTERS**

8. Nayak, S; Fiaschi, M; King, D.; Tabakin, E.R.; Wood, L.; Hunt, D.A. Development of Small Molecular Proteasome Inhibitors Using a *Caenorhabditis elegans* Screen. In: Ayuk Eugene Lakem, editor. *Prime Archives in Chemistry*. Hyderabad, India: Vide Leaf. **2020**. ISBN: 978-93-90014-08-8

DAVID ALLEN HUNT, Ph.D.

**BOOK CHAPTERS (continued)**

7. Chan, B.C.; Gazely, J.L.; O'Connor, A.R.; Hunt, D.A. "A STEM Identity Approach to Frame and Reinvent the Student Chemists Association at The College of New Jersey" in *Building and Maintaining Award-Winning ACS Student Member Chapters, Vol. 1: Holistic Viewpoints,* Mio, M.J.; Benvenuto, M., eds; American Chemical Society: Washington, D.C., **2016,** 103-122.

6. Furch, J.A.; Kuhn, D.G.; Hunt, D.A.; Asselin, M.; Baffic, S.P.; Diehl, R.E.; Miller, T.P.; Palmer, Y.L.; Treacy, M.F.; Trotto, S.H. "Cycloalkyl-Substituted Amidrazones: A Novel Class of Insect Control Agents" in *Synthesis and Chemistry of Agrochemicals V*, Baker, D.R.; Fenyes, J.G.; Basarab, G.S.; Hunt, D.A.; eds; American Chemical Society: Washington, D.C., **1998**, 185-193.

5. Furch, J.A.; Kuhn, D.G.; Hunt, D.A.; Asselin, M.; Baffic, S.P; Diehl, R.E.; Palmer, Y.L.; Trotto, S.H. "Amidrazones: A New Class of Coleopteran Insecticides" in *Synthesis and Chemistry of Agrochemicals V*, Baker, D.R.; Fenyes, J.G.; Basarab, G.S.; Hunt, D.A.; eds; American Chemical Society: Washington, D.C., **1998**, 178-184.

4. Hunt, D.A.; Baker, D.R.; Fenyes, J.G.; Basarab, G.S. "Synthesis of Agrochemicals and Agricultural Biotechnology Entering the 21st Century" in *Synthesis and Chemistry of Agrochemicals V*, Baker, D.R.; Fenyes, J.G.; Basarab, G.S.; Hunt, D.A.; eds; American Chemical Society: Washington, D.C., **1998**, 1-5.

3. Hunt, D.A.; Treacy, M.F. "Pyrrole Insecticides:  A New Class of Agriculturally Important Insecticides Functioning as Uncouplers of Oxidative Phosphorylation" in *Insecticides with Novel Modes of Action, Mechanism, and Application*, Ishaaya, I.; Degheele, D.; eds; Springer Verlag, Berlin, **1998**, 138-151.

2. Karp, G.M.; Condon, M.E.; Arthen, F.J.; Birk, J.H.; Marc, P.A.; Hunt, D.A.; Lavanish, J.M.; Schwindeman, J.A. "Aryloxyindolin-2(3H)-ones. Synthesis and Herbicidal Activity," in *Synthesis and Chemistry of Agrochemicals IV*, Baker, D.R.; Fenyes, J.G.; Steffens, J.J.; eds; American Chemical Society: Washington, D.C., **1995**, 136-148.

1. Hunt, D.A. "2-Arylpyrroles: Novel Uncouplers of Oxidative Phosphorylation," in *Recent Advances in the Chemistry of Insect Control*, Briggs, G.; ed.; Royal Society of Chemistry: Cambridge, **1994**, 127-140.

**PATENTS**

33. Cotter, V.H.C.; Hunt, D.A.; Kuhn, D.G., WO08/92817, "Method for Controlling Harmful Fungi," (BASF), 2008. [also published as US2010099774 (A1)]

32. Hu, Y.; Hunt, D.A.; Barnes, K.D., US Patent 6,646,166, "Processes for the Preparation of 1,4-Diaryl-2-Fluoro-1,3-Butadiene and 1,4-Diaryl-2-Fluoro-2-Butene Compounds," (BASF), 2003.

31. Diehl, R.E.; Hunt, D.A.; Trotto, S.H., WO02/98841, "Insecticidal Biphenylthio-hydrazides," (BASF), 2002. [also published as EP1406863 (A4); CA2450118 (A1)]

DAVID ALLEN HUNT, Ph.D.

**PATENTS (continued)**

30. Hu, Y.; Hunt, D.A., US Patent 6,444,838, "Process for the Preparation of 1,4-Diaryl-2-Fluoro-4-Cyano-2-Butenes and Intermediates Useful Therefor," (BASF), 2002.

29. Hu, Y.; Hunt, D.A., US Patent 6,342,642, "1,4-Diaryl-2-Fluoro-1-Buten-3-ol Compounds and Their Use in the Preparation of 1,4-Diaryl-2-Fluoro-1,3-Butadiene and 1,4-Diaryl-2-Fluoro-2-Butene Compounds," (BASF), 2002.

28. Hu, Y.; Hunt, D.A., WO 01/83428, "1,4-Diaryl-2-Fluoro-4-Cyano-2-Butenes, Process for Their Preparation and Intermediates Useful Therefor," (BASF), 2001. [also published as JP2003531884 (A); EP1278720 (B1); DE60109914 (T2); AU6225101 (A)]

27. Hu, Y.; Hunt, D.A., Liu, W., US Patent 6,291,721, "Processes for the Preparation of 2-Arylvinyl Alkyl Ether and 1,4-Diaryl-2-Fluoro-2-Butene Compounds," (American Cyanamid), 2001.

26. Barnes, K.D.; Hu, Y.; Hunt, D.A., US Patent 6,262,319, "Process and Intermediate Compounds for the Preparation of Pesticidal Fluoroolefin Compounds," (American Cyanamid), 2001.

25. Trotto, S.H.; Diehl, R.E.; Hunt, D.A., US Patent 6,242,647, "Insecticidal Biarylthiohydrazides," (American Cyanamid), 2001.

24. Hu, Y.; Hunt, D.A.; Liu, W., WO 01/12578, "Processes for the Preparation of 2-Arylvinyl Alkyl Ether and 1,4-Diaryl-2-Fluoro-2-Butene Compounds," (American Cyanamid), 2001. [also published as JP2003507355 (A); IL147767 (A); HU0202824 (A2); HU224730 (B1); ES2213033 (T3); EP1202948 (B1); DK1202948 (T3); DE60007137 (T2); BR0013100 (A); AU6524800 (A); AT256096 (T)]

23. Wepplo, P.J.; Manfredi, M.C.; Rampulla, R.A.; Cossette, M.V.; Guaciaro, M.A.; Haley, G.J.; Bullock, B.G.; Barnes, K.D.; Meier, G.A.; Hunt, D.A.; Alvarado, S.I.; Carlsen, M.; Heffernan, G., US Patent 6,156,700, "3-(1,2-Benzisothiazol- and Isoxazol-5-yl)-2,4(1H,3H)- Pyrimidinedione or Thione and 3-(1,2- Benzisothiazol- and Isoxazol-5-yl)-4(3H)-Pyrimidinone or Thione Herbicidal Agents," (American Cyanamid), 2000.

22. Hu, Y.; Hunt, D.A.; Barnes, K.D., WO 00/29363, "Processes for the Preparation of 1,4-Diaryl-2-Fluoro-1,3-Butadiene and 1,4-Diaryl-2-Fluoro-2-Butene Compounds," (American Cyanamid), 2000. [also published as JP2002529525 (A); EP1159241 (B1); DE69910626 (T2); CN1333742 (A); CN1150151 (C); CA2351601 (A1); BR9915371 (A); AU1815500 (A); AU766808 (B2); AT247618 (T)]

21. Hu, Y.; Hunt, D.A., WO 00/29362, "1,4-Diaryl-2-Fluoro-1-Butene-3-ol Compounds and Their Use in the Preparation of 1,4-Diaryl-2-Fluoro-1,3-Butadiene and 1,4-Diaryl-2-Fluoro-2-Butene Compounds," (American Cyanamid), 2000. [also published as SK6732001 (A3); SK284828 (B6); PL347673 (A1); JP2002529524 (A); HU0104267 (A2); ES2211201 (T3); EP1131273 (B1); DK1131273 (T3); DE69912306 (T2); CZ20011725 (A3); CN1333741 (A); CN1210241 (C); CA2351563 (A1); BR9915368 (A); AU773214 (B2); AT252530 (T); ZA200103910 (A)]

DAVID ALLEN HUNT, Ph.D.

**PATENTS (continued)**

20. Wepplo, P.J.; Manfredi, M.C.; Rampulla, R.A.; Cossette, M.V.; Guaciaro, M.A.; Haley, G.J.; Bullock, B.G.; Alvarado, S.I.; Barnes, K.D.; Meier, G.A.; Hunt, D.A.; Carlsen, M.; Heffernan, G., WO 99/14216, "Substituted 3-(1,2-Benzisothiazol- or Isoxazol-5-yl)-Substituted Pyrimidines as Herbicides," (American Cyanamid), 1999.

19. Wepplo, P.J.; Manfredi, M.C.; Rampulla, R.A.; Cossette, M.V.; Guaciaro, M.A.; Haley, G.J.; Bullock, B.G.; Barnes, K.D.; Meier, G.A.; Hunt, D.A.; Alvarado, S.I.; Carlsen, M.; Heffernan, G., EP 908,457, "3-(1,2-Benzisothiazol- and Isoxazol-5-yl)-2,4(1H,3H)-Pyrimidinedione or Thione and 3-(1,2-Benzisothiazol- and Isoxazol-5-yl)-4(3H)-Pyrimidinone or Thione Herbicidal Agents," (American Cyanamid), 1999.[also published as EP0908457 (B1); ZA9808435 (A); YUP15800 (A); TW474927 (B); TR200000679 (T2); SK3552000 (A3); PL339350 (A1); NZ331825 (A); MXPA00002661 (A); KR20010030612 (A); JP2001516758 (A); HU0004477 (A2); ES2185118 (T3); DE69809370 (T2); CZ20000861 (A3); CN1273585 (A); CA2246221 (A1); BR9813017 (A); BG104336 (A); AU9392598 (A); AU8423998 (A); AU737864 (B2); AT227721(T); AR021081 (A2); AR021500 (A2); AR015168 (A1)]

18. Barnes, K.D.; Hu, Y.; Hunt, D.A., US Patent 5,892,131, "Process for the Preparation of Pesticidal Fluoroolefin Compounds," (American Cyanamid), 1999.

17. Barnes, K.D.; Hu, Y.; Hunt, D.A., EP 811,596, "Process and Intermediate for the Preparation of Pesticidal Fluoroolefin Compounds," (American Cyanamid), 1997. [also published as SK283779 (B6); SK69997 (A3); ZA9704582 (A); YU22797 (A); TW453984 (B); TR9700435 (A2); SG52984 (A1); RU2184108 (C2); PL320320 (A1); MX9703752 (A); JPH1081639 (A); IL120965 (A); HU9700982 (A1); HU218699 (B); ES2160893 (T3); DE69705775 (T2); CZ9701688 (A3); CZ295995 (B6); CO4771144 (A1); CN1167748 (A); CN1096442 (C); CN1421425 (A); CN1223562 (C); CA2206620 (A1); BR9703424 (A); AU2464297 (A); AU721564 (B2); AT203506 (T)]

16. Furch, J.; Kuhn, D.G.; Hunt, D.A., US Patent 5,693,860, "Amidrazones and Their Use as Insecticidal and Acaricidal Agents," (American Cyanamid), 1997. [also published as ZA9309740 (A)]

15. Furch, J.; Kuhn, D.G.; Hunt, D.A., US Patent 5,646,278, "Amidrazones and Their Use as Insecticidal and Acaricidal Agents," (American Cyanamid), 1997.

14. Furch, J.; Hunt, D.A.; Kuhn, D.G., US Patent 5,585,389, "Heteroaryl Amidrazones and Their Use as Insecticidal and Acaricidal Agents," (American Cyanamid), 1996.

13. Trotto, S.; Furch, J.; Kuhn, D.G.; Hunt, D.A., US Patent 5,556,885, "N-Aryl- and N-Heteroarylhydrazones of Substituted Thioacids and the S-Oxides Thereof as Insecticidal and Acaricidal Agents," (American Cyanamid), 1996.

12. Trotto, S.; Furch, J.; Kuhn, D.G.; Hunt, D.A., EP 709,372, "New N-Arylamino-imidothioic Acid Derivatives Useful as Insecticides and Acaricides," (American Cyanamid), 1996. [also published as ZA9509122 (A); SK135295 (A3); SK282788 (B6); JPH08239359 (A); IL115769 (A); HU219147 (B); ES2122460 (T3); DK709372 (T3); DE69504272 (T2); CZ9502743 (A3); CN1131667 (A); CN1081185 (C); CA2161375

DAVID ALLEN HUNT, Ph.D.

**PATENTS (continued)**

(A1); BR9504570 (A);  AU3452795 (A);  AU705481 (B2);  AT170172 (T); GR3027763 (T3)]

11. Furch, J.; Hunt, D.A.; Kuhn, D.G., US Patent 5,420,165, "Amidrazones and Their Use as Insecticidal and Acaricidal Agents," (American Cyanamid), 1995.

10. Furch, J.; Kuhn, D.G.; Hunt, D.A.; Lew, A.C.; Gronostajski C.E., EP 604,798, "N-Arylhydrazine Derivatives as Insecticidal and Acaricidal Agents," (American Cyanamid), 1994. [also published as ZW17693 (A1); YU81993 (A); TW248519 (B); SK148493 (A3); SK281733 (B6); RU2140738 (C1); RO113556 (B1); PL175499 (B1); PL301659 (A1); PL176108 (B1); NZ280972 (A); MY131441 (A);  MX212912 (B);  KR100314220 (B1); JPH06293605 (A); IL108188 (A); HUT67294 (A); HU221126 (B1); ES2173088 (T3); EG20413 (A); CZ9302808 (A3); CZ286479 (B6); CN1089938 (A); CN1044600 (C); CA2112420 (A1); CA2112420 (C); BR9305254 (A); BG98338 (A); BG61986 (B1); AU5267993 (A); AU675253 (B2); AT213387 (T); JP2005263809  (A)]

9. Hunt, D.A.; Lavanish, J.M.; Asselin, M.; Los, M., EP 493,683, "Fungicidal Amino Acid Amides," (American Cyanamid), 1992. [also published as JPH04308507 (A)]

8. Hunt, D.A.; Schwindeman, J.A., US Patent 4,911,754, "Herbicidally Active Aryloxy Saturated 5-Memebered Benzo-Fused Heterocyclic Compounds," (PPG Industries), 1990.

7. Hunt, D.A.; Schwindeman, J.A., EP 299,446, "Herbicidally Active Aryloxy Saturated 5-Membered Benzo-Fused Heterocyclic Compounds," (PPG Industries), 1989.

6. Kwiatkowski, P.L.; Hunt, D.A., US Patent 4,792,224, "Photochromic Compound and Articles Containing the Same," (PPG Industries), 1988.

5. Hunt, D.A.; Schwindeman, J.A., US Patent 4,790,870, "Herbicidally Active Aryloxy Optionally Oxo-Substituted Indane or Tetralin Derivatives," (PPG Industries), 1988.

4. Hunt, D.A., US Patent 4,717,414, "Herbicidally Active Imidazopyrrolo-Pyridine (or – Benzene) Derivatives," (PPG Industries), 1988.

3. Hunt, D.A., US Patent 4,463,184, "Process for the Preparation of Carbofuran," (Union Carbide Agricultural Products), 1984. [also published as JPS5982334 (A)  BR8305338 (A)  AU1974283 (A)]

2. Hunt, D.A., EP 107,399, "Improved Process for the Preparation of Carbofuran," (Union Carbide Agricultural Products), 1984.

1. Hunt, D.A., EP 71,487, "Improved Process for the Preparation of Carbofuran and Novel Intermediate," (Union Carbide Agricultural Products), 1983. [also published as ZA8205015 (A) JPS5835181 (A)]

DAVID ALLEN HUNT, Ph.D.

**PUBLISHED CONFERENCE PROCEEDINGS, ABSTRACTS, AND PRESENTATIONS - (*BOLDFACE* indicates** TCNJ undergraduate authorship; italics indicates student presenter)

66. ***Canales, D.***; Hunt, D.A. "Parham cyclization chemistry with 1,2-cyclohexanedione." Abstracts of the Spring, 2023 National Meeting of the American Chemical Society, Indianapolis, IN; March 2023; No. 3822588 (ORGN).

65. ***Spireas, M.***; Hunt, D.A. "Organolithium chemistry using dichloromethane as solvent." Abstracts of the Spring, 2023 National Meeting of the American Chemical Society, Indianapolis, IN; March 2023; No. 3822607 (ORGN).

64. ***Hendrickson, T.*** ; Hunt, D.A. "Michael additions with β- and γ-haloethylamine derivatives. "Abstracts of the Spring, 2023 National Meeting of the American Chemical Society, Indianapolis, IN; March 2023; No. 3822661 (ORGN).

63. ***Landante, V.***; Hunt, D.A. "Halogen-metal exchange reaction studies on *o*-bromophenyl-alkylformamides." Abstracts of the Spring, 2022 Middle Atlantic Regional Meeting of the American Chemical Society, Ewing, NJ; June, 2022; No. 601.

62. ***Jarquin, K.A.*; *Kollin, K.***; Hunt, D.A.  **"**Homoaldol reactions of 1,2-cyclohexanedione." Abstracts of the Spring, 2022 Middle Atlantic Regional Meeting of the American Chemical Society, Ewing, NJ; June, 2022; No. 600.

61. ***Canales***,*D*.; Hunt, D.A. "Parham cyclization chemistry with 1,2-cyclohexanedione." Abstracts of the Spring, 2022 Middle Atlantic Regional Meeting of the American Chemical Society, Ewing, NJ; June, 2022; No. 589.

60. ***Hendrickson, T***; Hunt, D.A. "Reaction of isatoic anhydride with α-aminonitriles. A new preparation of 2,3-dihydroquinazolin-4(1H)-ones." Abstracts of the Spring, 2022 Middle Atlantic Regional Meeting of the American Chemical Society, Ewing, NJ; June, 2022; No. 587.

59. ***Landante, Vincent***; Hunt, D.A. "Halogen-metal exchange studies on *o*-bromophenyl alkylformamides," Abstracts of the Spring, 2022 National Meeting of the American Chemical Society, San Diego, CA; March 2022; No. 3645359 (ORGN).

58. ***Jarquin, Kimberly***; Hunt, D.A. "Homoaldol reactions of 1,2-cyclohexanedione," Abstracts of the Spring, 2022 National Meeting of the American Chemical Society, San Diego, CA; March 2022; No. 3644980 (ORGN).

57. ***Lionetti, Sondra***; Hunt, D.A. "Reaction of phenylsuccinic anhydride with Michael acceptors," Abstracts of the 259th National Meeting of the American Chemical Society, Philadelphia, PA; March, 2020; No. ORGN 678.

56. ***Chiarella, Thomas***; Hunt, D.A. "Lithium-halogen exchange studies of bromoalkyl bromthiophenes," Abstracts of the 259th National Meeting of the American Chemical Society, Philadelphia, PA; March, 2020; No. ORGN 210.

DAVID ALLEN HUNT, Ph.D.


**PUBLISHED CONFERENCE PROCEEDINGS ABSTRACTS, AND PRESENTATIONS (continued)**

55. Bradley, Lynn M.; ***Tahir, Laraeb***; Hunt, David A. "Synthesis of aromatic silyl ketones for Brook Rearrangement studies," Abstracts of the 259th National Meeting of the American Chemical Society, Philadelphia, PA; March, 2020; No. ORGN 157.

54. ***Morelli, Lauren***; Hunt, David A. "Michael additions with β-haloethyl amine derivatives," Abstracts of the 259th National Meeting of the American Chemical Society, Philadelphia, PA; March, 2020; No. ORGN 156.

53. ***Wodarczyk, Gina; Epley, Morgan;*** Bradley, Lynn M.; Hunt, David A. "Reactions of homophthalic anhydride with Michael acceptors," Abstracts of the 257th    National Meeting of the American Chemical Society, Orlando, FL; March, 2019; No. ORGN 613.

52. ***Shoeb, Sarah; St. John, Zach***; Hunt, David A. 'Scope and limitation on the preparation of isoquinolin-4(3H)-ones and tetrahydro-1H-benzo[d]azepin-1-ones *via* Parham cyclization chemistry," Abstracts of the 257th National Meeting of the American Chemical Society, Orlando, FL; March, 2019; No. ORGN 97.

51. ***Kloskowski, Jay***; Hunt, D.A. "Study of the reaction of 1,2-cyclohexanedione with omega-N-BOC alkyl amines," Abstracts of the 255th National Meeting of the American Chemical Society, New Orleans, LA; April, 2018; No. ORGN 625.

50. ***Liang, Stephen***; Hunt, D.A. "Pyrrolidine ring formation through the Michael addition of haloethylamines to β-nitrostyrenes," Abstracts of the 255th National Meeting of the American Chemical Society, New Orleans, LA; April, 2018; No. ORGN 624.

49. ***Nazario, Max***; Hunt, D.A.; Hirsh, D.J.  "Toward a total synthesis of a spin labeled phosphoramidon derivative and TEMPO conjugation of ilomastat for the creation of EPR chemical probes," Abstracts of the 255th National Meeting of the American Chemical Society, New Orleans, LA; April, 2018; No. ORGN 415.

48. ***Casale, Marc***; Hunt, D.A. "Thermolysis reactions of phenylethylamino acid amides," Abstracts of the 253rd National Meeting of the American Chemical Society, San Francisco, CA; April, 2017; No. ORGN 738.

47. ***Grossman, A.***; Hunt, D.A. "Preparation and utility of highly functionalized 2-amino-benzophenones," Abstracts of the 251st National Meeting of the American Chemical Society, San Diego, CA; March, 2016; No. ORGN 738.

46. ***Glass, A.***; Hunt, D.A. "Use of 2-bromocyclohexanone as an intermediate toward the preparation of a dual Michael acceptor" Abstracts of the 251st National Meeting of the American Chemical Society, San Diego, CA; March, 2016; No. ORGN 737.

45. ***Solinski, A.E.***; Hunt, D.A. "Reaction of 1,2-cyclohexanedione with diols. An unexpected aromatization reaction," Abstracts of the 249th National Meeting of the American Chemical Society, Denver, CO; March, 2015; No. ORGN 562.

DAVID ALLEN HUNT, Ph.D.

**PUBLISHED CONFERENCE PROCEEDINGS ABSTRACTS, AND PRESENTATIONS (continued)**

44. ***Bocanegra, J.***; Hunt, D.A. "Copper(I) catalyzed reaction of 1-bromo-2-iodobenzene with 1,2-cyclohexanedione as a potential route to 2,3-dihydrodibenzo[b,d]furan-4(1H)-one," Abstracts of the 249th National Meeting of the American Chemical Society, Denver, CO; March, 2015; No. ORGN 515.

43. ***Rubenstein, M.***; Hunt, D.A. "Studies of Michael Additions of Ethylidenemalononitriles and Ethylidenecyanoacetates," Abstracts of the 247th National Meeting of the American Chemical Society, Dallas, TX; March, 2014; No. ORGN 617.

42. ***DeAngelis, R.***; Hunt, D.A. "Unexpected Aromatization Reaction of Diosphenol Ethers," Abstracts of the 247th National Meeting of the American Chemical Society, Dallas, TX; March, 2014; No. ORGN 616.

41. ***Higgins, T.***; Hunt, D.A. "Additions of Primary and Secondary Amines to a Functionalized 1,2-Cyclohexanedione," Abstracts of the 247th National Meeting of the American Chemical Society, Dallas, TX; March, 2014; No. ORGN 615.

40. Hunt, D.A. Panelist: The Status of the Sciences (Chemistry). "The Structure of Scientific Revolutions: 50 Years On" Greater Philadelphia Philosophy Consortium, The College of New Jersey, December 1, 2012.

39. Jacobs, D.L.; Blasé, F.R.; Minbiole, K.; Hunt, D.A. "New Challenges for Organic Synthesis in the Undergraduate Research Lab" Abstracts of the 2012 Meeting of the Council on Undergraduate Research, The College of New Jersey, Ewing, NJ; June, 2012; Interactive Session 5, p. 30.

38. ***Thornton, S.***; Hunt, D.A. "Reactions of functionalized aryllithium reagents with isatoic anhydrides," Abstracts of the 243rd National Meeting of the American Chemical Society, San Diego, CA.; March, 2012; No. ORGN 553.

37. ***Farrokh, J.***; Hunt, D.A. "Novel preparation of diaryl-fused seven-membered ring heterocyclic ketones," Abstracts of the 243rd National Meeting of the American Chemical Society, San Diego, CA.; March, 2012; No. ORGN 552.

36. ***Simpkins, C.***; Hunt, D.A. "Michael additions of 1,2-cylohexanedione to β-nitrostyrenes," Abstracts of the 243rd National Meeting of the American Chemical Society, San Diego, CA.; March, 2012; No. ORGN 551.

35. ***Rosana, M.R.; Cherney*, E.**; Hunt, D.A. "Expedient one-pot method for the preparation of 2-(2'-aminoaryl)dihydrooxazoles, dihydro-4H-1,3-oxazines, and tetrahydro-1,3-oxazepines from substituted isatoic anhydrides and ω-chloroalkylamine hydrochlorides," The Merck Women in Chemistry Award Symposium, Abstracts of the 238th National Meeting of the American Chemical Society, Washington, D.C.; August, 2009; No. WCC 3.

DAVID ALLEN HUNT, Ph.D.

**PUBLISHED CONFERENCE PROCEEDINGS ABSTRACTS, AND PRESENTATIONS (continued)**

34. ***Davis, K.R.***; Hunt, D.A. "Novel synthesis of vinyl ethers," The Merck Index Women in Chemistry Poster Presentation, Abstracts of the 238th National Meeting of the American Chemical Society, Washington, D.C.; August, 2009; No. WCC 15.

33. ***Nardone, M.***; ***Sauro, D.; Panaccione, D.; Fuchs, A.***; Chan, B.C.; Hunt, D.A. "Community, alumni, and student involvement at The College of New Jersey, Abstracts of the 238[th] National Meeting of the American Chemical Society, Washington, D.C.; August, 2009; No. CHED 332.

32. ***Sauro, D.***; Bradley, L.M.; Hunt, D.A. "Studies and applications of the rearrangement reactions of silyl ketones," Abstracts of the 238th National Meeting of the American Chemical Society, Washington, D.C.; August, 2009; No. CHED 278

31. ***Nardone, M.***; Bradley, L.M.; Hunt, D.A. "*In situ* preparation of *N*-benzyl aziridines from benzyl halides," Abstracts of the 238th National Meeting of the American Chemical Society, Washington, D.C.; August, 2009; No. CHED 263

30. ***Fiaschi, M.V.***; ***Stabenow, N.; Tabakin, E.R.***; Hunt, D.A.; Nayak, S. "Development of small molecule proteasome inhibitors using *Caenorhabditis elegans*," 17th International *C. elegans* Meeting sponsored by the Genetics Society of America, University of California, Los Angeles, June 25, 2009; No. 1096A.

29. ***Davis, K.R.***; Hunt, D.A. "Methods for the preparation of 2-arylvinyl methyl ethers," Abstracts of the 237th National Meeting of the American Chemical Society, Salt Lake City, UT; March, 2009; No. ORGN 573.

28. ***Collins, C.G.***; ***Tabakin, E.R.***; Bradley, L.M.; Hunt, D.A. "Expedient preparations of 4,6-dihalo-3-arylisobenzofuran-1(3H)-ones from 3,5-dihalo-N-ethylbenzamides," Abstracts of the 237th National Meeting of the American Chemical Society, Salt Lake City, UT; March, 2009; No. ORGN 499.

27. ***Fiaschi, M.V.***; Nayak, S.; ***Tabakin, E.R.***; Hunt, D.A. "Development of small molecule proteasome inhibitors," Biotech 2008 Conference, Philadelphia, PA; November, 2008; Innovation Corridor Session I.

26. ***Rosana, M.***; ***Cherney, E.***; Hunt, D.A. "Reaction of substituted isatoic anhydrides with ω-chloroalkylamine hydrochlorides," Abstracts of the 236th National Meeting of the American Chemical Society, Philadelphia, PA; August, 2008; No. CHED 243.

25. ***Chomsky, K.***; ***Geherty, M.***; Hunt, D.A. "Investigation of halogen-metal exchange in bromoaryl-substituted β-lactams" Bristol-Myers Squibb 2007 Undergraduate Research Symposium, October, 2007.

24. ***Campos, C.A.***; Hunt, D.A. "An expedient synthesis of dibenzo[b,e]oxa- and -thiapin-11-ones utilizing an intramolecular Parham Reaction," Abstracts of the 39th Middle Atlantic

DAVID ALLEN HUNT, Ph.D.

**PUBLISHED CONFERENCE PROCEEDINGS ABSTRACTS, AND PRESENTATIONS (continued)**

Regional Meeting of the American Chemical Society, Ursinus College, Collegeville, PA; May, 2007; No. 55.

23. *Cherney, E.C.*; Hunt, D.A. "Reaction of dimethyl sulfoxide with isatoic anhydrides. Isolation of unexpected rearrangement products," Abstracts of the 39th Middle Atlantic Regional Meeting of the American Chemical Society, Ursinus College, Collegeville, PA; May, 2007; No. 54.

22. *Bertonazzi, J.*; Bradley, L.M.; Hunt, D.A. "Reaction of thermolabile aryllithium reagents with isatoic anhydride," Abstracts of the 39th Middle Atlantic Regional Meeting of the American Chemical Society,  Ursinus College, Collegeville, PA; May, 2007; No. 67.

21. *Bertonazzi, J.*; Hunt, D.A. "Reaction of thermolabile aryllithium reagents with N-methylisatoic anhydride" Bristol-Myers Squibb 2006 Undergraduate Research Symposium, October, 2006.

20. *Green, M.D.; Khani, F.*; Bradley, L.M.; Hunt, D.A. "Study of the selectivity of the lithiation of secondary and tertiary 3,5-difluoro-substituted benzamides," Abstracts of the 37th Middle Atlantic Regional Meeting of the American Chemical Society, Rutgers University, Piscataway, NJ; May, 2005; No. 603.

19. *Hutnick, B.M.*; Bradley, L.M.; Hunt, D.A. "An approach to syntheses of tetrahydroisoquinoline compounds," Abstracts of the 37th Middle Atlantic Regional Meeting of the American Chemical Society, Rutgers University, Piscataway, NJ; May, 2005; No. 198.

18. *Calvert, M.G.*; Bradley, L.M.; Hunt, D.A. "The regioselective metalation of 3,5-difluoro-N,N-diethylbenzamide," Abstracts of the 36th Middle Atlantic Regional Meeting of the American Chemical Society, Princeton University, Princeton, NJ; June, 2003; No. 336f.

17. *Bodnar, B.S.*; Bradley, L.M.; Hunt, D.A. "Study of the selectivity of the lithiation of 3,5-difluoro-N-ethylbenzamide using *sec*-butyllithium," Abstracts of the 36th Middle Atlantic Regional Meeting of the American Chemical Society, Princeton University, Princeton, `` NJ; June, 2003; No. 336e.

16. *Bodnar, B.S.; Calvert, M.G.*; Bradley, L.M.; Hunt, D.A. "The determination of regioselectivity for metalation reactions of 3,5-difluoro-N,N-diethylbenzamide," Abstracts of the 35th Middle Atlantic Regional Meeting of the American Chemical Society, George Mason University, Fairfax, VA; May, 2002; No. 38.

15. *Patel, M.*; Bradley, L.M.; Hunt, D.A. "Metalation reactions of 3,5-dichloro-N-ethylbenzamide," Abstracts of the 35th Middle Atlantic Regional Meeting of the American Chemical Society, George Mason University, Fairfax, VA; May, 2002; No. 37.

14. Bradley, L.M.; *Javadi, G.J.; Fleming, T.M.*; Hunt, D.A. "Regioselectivity for the metalation reactions of 3,5-dichlorobenzamides," Abstracts of the 220th National Meeting of the American Chemical Society, Washington, D.C.; August, 2000; No. ORGN 435.

DAVID ALLEN HUNT, Ph.D.

**PUBLISHED CONFERENCE PROCEEDINGS ABSTRACTS, AND PRESENTATIONS (continued)**

13. Bradley, L.M.; **Pandya, B.**; **Javadi, G.J.**; Hunt, D.A. "Approaches to syntheses of tetrahydroisoquinoline and benzazepine systems," Abstracts of the 220th National Meeting of the American Chemical Society, Washington, D.C.; August, 2000; No. CHED 197.

12. Kuhn, D.G.; Furch, J.A.; Hunt, D.A.; Asselin, M.; Baffic, S.P.; Diehl, R.E.; Miller, T.P.; Palmer, Y.L.; Treacy, M.F.; Trotto, S.H. "Cycloalkyl-substituted amidrazones: a novel class of insect control agents" Abstracts of the 211th National Meeting of the American Chemical Society, New Orleans, LA; March, 1996; No. AGRO 006.

11. Furch, J.A.; Kuhn, D.G.; Hunt, D.A.; Asselin, M.; Baffic, S.P.; Diehl, R.E.; Palmer, Y.L.; Trotto, S.H. "Amidrazones: a new class of coleopteran insecticides" Abstracts of the 211th National Meeting of the American Chemical Society, New Orleans, LA; March, 1996; No. AGRO 005.

10. Bernstein, B.; Hunt, D.A. "Pyrrole insecticides: the discovery and development of a new insecticide," The XIIIth International Plant Protection Congress, The Hague, Netherlands; July, 1995; Abstract No. O-0850.

9. Hunt, D.A. "2-Arylpyrroles: a new class of insecticide - structure, activity, and mode of action," The XIIIth International Plant Protection Congress, The Hague, Netherlands; July, 1995; Abstract No. O-0419.

8. Hu, Y.; Barnes, K.D.; Hunt, D.A. "Electrophilic fluorination of a highly functionalized pyrrole," 8th IUPAC International Congress of Pesticide Chemistry, Washington, D.C.; July, 1994; Poster No. 820.

7. Carter, G.T.; Hunt, D.A. "Insecticidal pyrroles: discovery and development," Society of Industrial Microbiology, Toronto, Canada; August, 1993.

6. Treacy, M.; Miller, T.; Black, B.; Gard, I.; Hunt, D.A. "Uncoupling activity and pesticidal properties of pyrroles," Design of Bioenergetic Toxins Symposium, University of Bath, Bath, United Kingdom; April, 1993

5. Karp, G.M.; Arthen, F.J.; Birk, J.H.; Condon, M.E.; Marc, P.A.; Hunt, D.A.; Lavanish, J.M.; Schwindeman, J.A. "Synthesis and herbicidal activity of aryloxyindolin-2(3H)-ones," Abstracts of the 205th National Meeting of the American Chemical Society, Denver, CO; March, 1993; No. AGRO 15.

4. Hunt D.A.; Quante, J.M.; Tyson, R.L; Dasher, L.W. "Corticosteroidal π-allylpalladium complexes. A novel entry to 6-α,β-carboxymethylcortisol," Abstracts of the 17th Central Regional Meeting of the American Chemical Society, University of Akron, Akron, OH; June, 1985; Abstract No. 150.

DAVID ALLEN HUNT, Ph.D.


**PUBLISHED CONFERENCE PROCEEDINGS ABSTRACTS, AND PRESENTATIONS (continued)**

3.  Hunt, D.A.; Rutherford, S.D.; Mosher, M.W. "Structure of 'hexaphenylmethane' formed from triphenylmethyl free radicals," Presented at the Spring Meeting of the Student Affiliate Chapters of the Pittsburgh Section of the American Chemical Society, Washington and Jefferson College, Washington, PA; April, 1973, and at the 24th Annual Ohio Meeting of the Student Affiliates of the American Chemical Society, Ohio University, Athens, OH; April, 1973.

2.  Adkins, L.S.; Childers, D.; Hunt, D.A.; Hutchinson, M.J.; Mosher, M.W. "Halogen exchange reactions," Presented at the Annual Meeting of the West Virginia Academy of Sciences, Bethany College, Bethany, WV; April, 1972.

1.  Hutchinson, M.J.; Hunt, D.A.; Mosher, M.W. "Mechanism and kinetics of the reaction of halogens with iodoalkanes," Abstracts of the 162nd National Meeting of the American Chemical Society, Washington, D.C.; September, 1971; No. ORGN 24.

**INVITED LECTURES**

14. "Prepare for change by thinking like a scientist," TCNJ 2021 School of Science Commencement, Student Invited Faculty Speaker, Ewing, NJ, May 20, 2021.

13. "Organic chemistry as applied to drug discovery.  A sampling of projects in the Hunt Lab," TCNJ Faculty Senate Colloquium for the Recognition of Faculty Research and Creative Activity, Ewing, NJ, November 2, 2011.

12. "Change," TCNJ 2010 Commencement, Student Invited Faculty Speaker, Ewing, NJ, May 14, 2010.

11. "Drug discovery and organic synthesis in the 21st century, or why I'm glad I have a prescription plan," TCNJ School of Science Colloquium, Ewing, NJ; April 16, 2010.

10. "New methods for the synthesis of heterocyclic and carbocyclic ring systems *via* functionalized aryllithium reagents," Temple University Department of Chemistry Seminar Series, Philadelphia, PA; April 23, 2009.

9.  "Design and synthesis of potential central nervous system agonists," New Faculty Seminar Series, TCNJ, Ewing, NJ; March, 2006.

8.  "Chemistry, bioactivity, and structure-activity relationships of aryl amidrazones" FMC Discovery Chemistry Lecture Series, Princeton, NJ; November, 2005.

7.  "Synthesis and utility of acidic pyrroles and their corresponding proacid forms," Department of Chemistry, East Carolina University, Greenville, NC; October, 2000.

6.  "Topics in organic synthesis from an industrial perspective," Departmental Seminar Series, Department of Chemistry, College of New Jersey, Ewing, NJ; November, 1995.

DAVID ALLEN HUNT, Ph.D.

**INVITED LECTURES (continued)**

5.  "2-Arylpyrroles: a new class of insecticide - structure, activity, and mode of action," The XIIIth International Plant Protection Congress, The Hague, Netherlands; July, 1995.

4.  "Synthesis of 2-arylpyrroles: novel uncouplers of oxidative phosphorylation," The Sixth Symposium on the Latest Trends in Organic Synthesis, Virginia Polytechnic Institute and State University, Blacksburg, VA; October, 1994.

3.  "2-Arylpyrroles: novel uncouplers of oxidative phosphorylation," The Chinese Academy of Sciences, Shanghai Institute of Organic Chemistry, Shanghai, Peoples Republic of China; September, 1993

2.  "2-Arylpyrroles: novel uncouplers of oxidative phosphorylation," The Royal Society of Chemistry, 4th International Symposium, Advances in the Chemistry of Insect Control, Queens' College, Cambridge University, Cambridge, United Kingdom; July, 1993.

1.  "Corticosteroidal π-allylpalladium complexes. A novel entry to 6-α,β-carboxymethylcortisol," University of Akron, Akron, OH; June, 1985.

**RESEARCH STUDENTS (year graduated from TCNJ in parenthesis)**

Catherine Campos (2007) – Notre Dame (Ph.D. – Ashfeld) – Asst. Prof., Longwood University

Emily Cherney (2007) – Scripps (Ph.D. – Baran); Bristol-Myers Squibb (Princeton) – Medicinal Chemistry

Maryll Geherty (2007) – Pittsburgh (Ph.D. – Nelson); Princeton (postdoc – Sorensen); BMS – Process Chemistry

Joanne Bertonazzi (2008) – Pittsburgh (Ph.D. – Nelson); Old Bridge Chemicals – Old Bridge, NJ – Business Development

Keith Chomsky (2008) - Unknown

Adam Clarke (2008) - Bristol-Myers Squibb (Hopewell, NJ) – Medicinal Chemistry

Jenna Klubnick (2008) - Illinois [M.S. - Burke]; Harvard (Center for Systems Biology, Weissleider); University of Pennsylvania Perelman School of Medicine (M.D.); Clinical Fellow in Medicine – Beth Israel Medical Center (Harvard); Internal Medicine- UC San Diego

Jim Melnyk (2008) - Delaware (Ph.D. - Grimes); UC-San Francisco (postdoc – Shokat); Sr. Scientist, Chemical Biology (Merck-Cambridge, MA)

Mike Rosana (2008) - Florida State (Ph.D. - Dudley); Senior R&D Chemist – Afton Chemical

DAVID ALLEN HUNT, Ph.D.

**RESEARCH STUDENTS (continued**

Tim Craven (2009) - NYU (Ph.D. - Bonneau); Co-founder and CEO, Insamo, Berkeley, CA

Kate Davis (2009) – Lehigh (M.S.); Dow Chemical

Sara Davis (2009) - Hohenheim [M.S. – agriculture]

Erica Tabakin (2009) - Robert Wood Johnson Medical School (M.D.); Hospital of the University of Pennsylvania - Emergency Medicine

Brittany Frazier (2010) - Northeastern (M.S.N.) – Children's National Hospital, Washington, D.C.

Alex Fuchs (2010) - Connecticut (D.M.D.) – Hampton, VA

Amber Gietter (2010) - Delaware (Ph.D. – Watson, Don); Noramco, Wilmington, DE

Joe Macor (2010) - Illinois (Ph.D. - Girolami); Tokyo (postdoc – Kobyashi); MIT (postdoc – Buchwald); Research Scientist - Universal Display Corporation

Lyndsay Wood (2010) - Pennsylvania (Ph.D. - Winkler) - Research Scientist – Dow Chemical

Kelsey VanGelder (2011) - Pennsylvania (Ph.D. - Kozlowski) – Research Scientist – Vertex

Chad Simpkins (2012) - Robert Wood Johnson Medical School (M.D.); Cooper Medical Center – Emergency Medicine; Emergency Medicine - Murray, UT

Sarah Thornton (2012) - Jefferson Medical College (M.D.); Wills Eye Hospital, Neuro-ophthalmology

John Farrokh (2013) - UNC - Chapel Hill (M.S.; organic, Johnson); Senior Research Scientist, Sterling Pharma Solutions

Ryan DeAngelis (2014) - Cooper Medical School (M.D.) – Penn Medicine – Orthopedic Surgery

Tyler Higgins (2014) - Pennsylvania (Ph.D.; Winkler); Postdoc - Pennsylvania (Amos Smith); Investigator, Chemical Development at GlaxoSmithKline

Marissa Rubenstein (2014) - Rutgers Dental School (D.M.D.)

Jessica Bocanegra (2015) – Vermont (Ph.D.; Schneebeli)

Taylor Maney (2015) – New York Medical College (M.D.); Harvard (Brigham and Women's) - Anesthesiology

DAVID ALLEN HUNT, Ph.D.

**RESEARCH STUDENTS (continued)**

Amy Solinski (2015) – Emory (Ph.D.; Wuest); Postdoc – Penn State (Squire Booker)

Andy Glass (2016) – Pennsylvania (Ph.D., Winkler); Technology Specialist, Clark & Elbing LLP, Boston, MA

Alec Grossman (2016) – D.O. - Lake Erie College of Osteopathic Medicine

Amit Gupta (2016) – New Jersey Medical School

Catherine Morgan (2016) – Financial Planning Associate, Rockwood Wealth Management

Marc Casale (2017) –Mt. Sinai School of Medicine (M.D.)

Hasan Kahn (2017) – Project Manager, Infinity BiologiX

Max Nazario (2017) – Customer Consultant at Elsevier

Jay Kloskowski (2018) – California, Riverside (M.S., Larsen); Undergraduate Lab Manager, TCNJ

Stephen Liang (2018) – Albert Einstein College of Medicine (M.D.)

Zach St. John (2019) – Purdue (organic, Chmielewski)

Sarah Shoeb (2019) – New Jersey Medical School

Gina Wodarczyk (2019) – Cooper Medical School (M.D.)

Sondra Lionetti (2020) – Ohio State (organic, Babu)

Kelly McAleer (2020) – Gap Year (Medical School)

Lauren Morelli (2020) - Temple (Pharmaceutical Sciences Ph.D.)

Laraeb Tahir (2020) – NYU School of Medicine Research Associate

Thomas Chiarella (2020) – Iowa (organic, Williams)

Jay Lim (2021) - Rutgers Dental School

Jonathan Piscitelli (2021) – Temple (biological, Manhart)

Patrycia Zybura (2021) – Rochester (organic, Frontier)

Kimberly Jarquin (2022) – Temple (organic, Kim)

Kapya Kollin (2022) – TBD

DAVID ALLEN HUNT, Ph.D.

**RESEARCH STUDENTS (continued)**

        Vincent Landante (2022) – Chemist, Syneos

        Daniel Canales (2023) - Iowa (Toxicology)

        Tommy Hendrickson (2023) – Temple Dental School

        Mary Spireas (2023) – Gap Year