IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FMC CORPORATION, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| SHARDA USA LLC, | : | No.: 24-cv-2419-MRP |

ORDER

AND NOW, this 21st day of June, 20 24, it is hereby

ORDERED that the application of Michael S. Weinstein, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

_____
HON. MIA R. PEREZ, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.