IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FMC CORPORATION,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| **SHARDA USA LLC,** | : | NO. 24-2419 |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 10th day of July, 2024, upon consideration of Plaintiff FMC Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 4), the responses thereto, and the overall record, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

_____
Hon. Mia R. Perez