**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FMC CORPORATION** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| **SHARDA USA LLC** | : | **NO. 24-2419** |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 30th day of July, 2026, upon consideration of Plaintiff FMC Corporation's Motion for Leave to File a Second Amended Complaint (ECF No. 103), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

Hon. Mia R. Perez